# Exhibit 1

# WO07D1562DV1 VanEtten, Shelley vs. VanEtten, Gregory J

- Case Type:
- Domestic Relations
- Case Status:
- Active
- File Date
- 07/03/2007
- DCM Track:
- 
- Initiating Action:
- Divorce other grounds
- Status Date:
- 05/26/2009
- Case Judge:
- Melia, Hon. Jennifer
- Next Event:
- 
- Property Information

| All Information | Party | Subsequent Action/Subject | Event | Docket | Disposition |

### Party Information

**VanEtten, Shelley**
- Plaintiff

- DOD
  - Alias
    - **Party Attorney**
      - Attorney
      - Pro Se
      - Bar Code
      - PROPER
      - Address
      - Phone Number

More Party Information

**VanEtten, Gregory J**
- Defendant

- DOD
  - Alias
    - **Party Attorney**
      - Attorney
      - Pro Se
      - Bar Code
      - PROPER
      - Address
      - Phone Number

More Party Information

**Department of Revenue**
- Other

- DOD
  - Alias
    - **Party Attorney**

More Party Information

### Subsequent Action/Subject

| Status | Description | SA/Subject # | Status Date | Responding Party | Pleading Party |
|--------|-------------|--------------|-------------|------------------|----------------|
| Closed | Complaint for Modification | 1 | 06/25/2009 | VanEtten, Shelley | VanEtten, Gregory J |

| Status | Description | SA/Subject # | Status Date | Responding Party | Pleading Party |
|---|---|---|---|---|---|
| Closed | S/A - Complaint for Contempt | 2 | 05/14/2009 | VanEtten, Shelley | VanEtten, Gregory J |
| Closed | Complaint for Modification | 3 | 06/25/2009 | VanEtten, Shelley | VanEtten, Gregory J |
| Closed | IVD DOR Modification | 4 | 01/14/2010 | VanEtten, Shelley | VanEtten, Gregory J |
| Closed | PILOT Mod Complaint with Motion TO | 5 | 08/06/2014 | VanEtten, Shelley | VanEtten, Gregory J |

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 09/04/2007 09:00 AM | Worcester Motion Session | | Motion | Unassigned | Event Resulted |
| 09/04/2007 09:00 AM | Worcester Motion Session | | Motion | Unassigned | Event Resulted |
| 09/04/2007 09:00 AM | Worcester Motion Session | | Motion | Unassigned | Event Resulted |
| 11/19/2007 09:00 AM | Worcester Motion Session | | Motion | Unassigned | Event Resulted |
| 11/19/2007 09:00 AM | Worcester Motion Session | | Motion | Unassigned | Event Resulted |
| 01/22/2008 09:00 AM | Judge Roach Session | Courtroom 11 | Pretrial Conference Domestic and Equity | Roach, Hon. Gregory V | Event Resulted |
| 01/28/2008 09:00 AM | Worcester Motion Session | | Motion | Unassigned | Event Resulted |
| 03/14/2008 09:00 AM | Judge Roach Session | Courtroom 11 | Pretrial Conference Domestic and Equity | Roach, Hon. Gregory V | Event Resulted |
| 02/23/2009 08:30 AM | Worcester Contempt Session | Worcester | Summons Issued, Contempt Returnable | Unassigned | Case Not Heard and Rescheduled |
| 03/09/2009 08:30 AM | Judge Roach Session | Courtroom 11 | Motion | Roach, Hon. Gregory V | Event Held |
| 04/06/2009 08:30 AM | Judge Roach Session | Courtroom 11 | Summons Issued, Contempt Returnable | Roach, Hon. Gregory V | Case Not Heard and Rescheduled |
| 06/16/2009 08:30 AM | Judge Roach Session | Courtroom 11 | Review Hearing | Roach, Hon. Gregory V | Event Held |
| 06/16/2009 09:00 AM | Judge King Session | Courtroom 9 | Review Hearing | Roach, Hon. Gregory V | Event Held |
| 06/16/2009 09:00 AM | Judge Roach Session | Courtroom 11 | Pretrial Conference Domestic and Equity | Roach, Hon. Gregory V | Event Held |
| 08/04/2014 08:30 AM | Judge Roach Session | Courtroom 11 | Motion | Roach, Hon. Gregory V | |

## Docket Information

| Docket Date | Docket Text | Image Avail. |
|---|---|---|
| 07/03/2007 | COMPLAINT FOR DIVORCE (COMPLAINT DISMISSED. DIVORCE GRANTED IN COUNTERCLAIM 01/22/2008. GREGORY V. ROACH,J .) | Image |
| 07/03/2007 | AFFIDAVIT DISCLOSING CARE AND CUSTODY PROCEEDINGS | Image |
| 07/03/2007 | AFFIDAVIT AS TO MILITARY SERVICE | Image |
| 07/03/2007 | SHELLEY VANETTEN 'S MOTION FOR TEMPORARY ORDERS FOR FILED BY PAIGE DUNMIRE FIRMENT | |
| 07/03/2007 | AFFIDAVIT OF PETITIONER FOR CUSTODY OF MINOR CHILDREN | Image |
| 07/03/2007 | CERTIFICATE OF MARRIAGE | Image |
| 07/03/2007 | CHILD SUPPORT GUIDELINES WORKSHEET | |

| Docket Date | Docket Text | Image Avail. |
|---|---|---|
| 07/03/2007 | MOTION FOR TEMPORARY ORDERS  ALLOWED.   RONALD W. KING , J.    ATTYS/PTYS ND 07/05/2007 | |
| 07/09/2007 | NOTICE OF TRACK ASSIGNMENT SENT 07/09/2007 | Image |
| 07/09/2007 | CONFERENCE scheduled on 11/6/2007 (NOT A HEARING DATE) | |
| 07/16/2007 | MOTION FOR SERVICE BY PUBLICATION | |
| 07/16/2007 | SHELLEY VANETTEN   'S AFFIDAVIT OF INDIGENCY | Image |
| 07/16/2007 | MOTION FOR SERVICE BY PUBLICATION  ALLOWED.   JOSEPH L HART, JR , J.    ATTYS/PTYS ND | |
| 07/18/2007 | SUMMONS BY PUBLICATION ISSUED, RETURNABLE 10/18/2007 | Image |
| 07/18/2007 | ORDER FOR SERVICE BY PUBLICATION | Image |
| 08/15/2007 | SUMMONS ON DIVORCE FILED DATE OF SERVICE 08/13/2007 GREGORY JAMES VANETTEN | Image |
| 08/21/2007 | GREGORY JAMES VANETTEN   'S MOTION FOR TEMPORARY ORDERS FOR DIVORCE | |
| 08/21/2007 | MOTION, CONTESTED scheduled on 9/4/2007. | |
| 08/22/2007 | GREGORY JAMES VANETTEN   'S ANSWER AND COUNTERCLAIM FILED BY JON L REVELLI | |
| 08/22/2007 | GREGORY JAMES VANETTEN   'S MOTION FOR TEMPORARY ORDERS ON DIVORCE | |
| 08/22/2007 | MOTION, CONTESTED scheduled on 8/27/2007. | |
| 08/23/2007 | MOTION, CONTESTED scheduled on 8/27/2007 rescheduled for 9/4/2007. | |
| 08/27/2007 | SHELLEY VANETTEN   'S MOTION FOR TEMPORARY ORDERS ON DIVORCE | |
| 08/27/2007 | MOTION, CONTESTED scheduled on 9/4/2007. | |
| 08/27/2007 | SHELLEY VANETTEN   'S REQUEST FOR FINANCIAL STATEMENT OF DEFENDANT | |
| 09/04/2007 | SHELLEY VANETTEN   'S MOTION TO IMPOUND PLAINTIFF'S ADDRESS | |
| 09/04/2007 | FINANCIAL STATEMENT OF DEFENDANT GREGORY JAMES VANETTEN | |
| 09/04/2007 | CHILD SUPPORT GUIDELINES WORKSHEET | |
| 09/04/2007 | MOTION TO IMPOUND PLAINTIFF'S ADDRESS  ALLOWED.   GREGORY V. ROACH , J.    ATTYS/PTYS ND 09/12/2007 | |
| 09/04/2007 | TEMPORARY ORDER ON DIVORCE .   GREGORY V. ROACH , J.   ATTYS/PTYS ND 09/12/2007 | |
| 09/13/2007 | PRETRIAL scheduled on 1/22/2008 before Judge Roach in Worcester at 9:00 a.m. | |
| 09/13/2007 | SCHEDULING NOTICE FOR PRETRIAL - 01/22/2008 09:00 a.m. | |
| 10/24/2007 | GREGORY JAMES VANETTEN   'S MOTION FOR FURTHER TEMPORARY ORDERS | |
| 10/24/2007 | MOTION, CONTESTED scheduled on 11/19/2007. | |
| 11/15/2007 | SHELLEY VANETTEN PLAINTIFF 'S MOTION TO CONTINUE MOTION FOR FURTHER TEMPORARY ORDER PAIGE DUNMIRE FIRMENT ATTY. | |
| 11/15/2007 | MOTION, CONTESTED scheduled on 11/19/2007. | |
| 11/23/2007 | GREGORY JAMES VANETTEN   'S MOTION FOR FURTHER TEMPORARY ORDERS | |
| 11/23/2007 | MOTION, CONTESTED scheduled on 12/12/2007. | |
| 12/12/2007 | FURTHER TEMPORARY ORDER ON DIVORCE .   GREGORY V. ROACH , J.  ATTYS/PTYS ND 12/20/2007 | |
| 12/14/2007 | PRETRIAL scheduled on 3/14/2008. | |
| 01/10/2008 | SHELLEY VANETTEN PLAINTIFF 'S MOTION FOR FURTHER TEMPORARY ORDERS | |
| 01/16/2008 | MOTION, CONTESTED scheduled on 12/12/2007 rescheduled for 1/28/2008. | |
| 01/22/2008 | GREGORY JAMES VANETTEN   'S MOTION TO AMEND COUNTERCLAIM | |
| 01/22/2008 | GREGORY JAMES VANETTEN   'S MOTION TO WAIVE PARTICIPATION IN THE PARENT EDUCATION PROGRAM | |
| 01/22/2008 | FINANCIAL STATEMENT OF PLAINTIFF SHELLEY VANETTEN | |
| 01/22/2008 | FINANCIAL STATEMENT OF DEFENDANT GREGORY JAMES VANETTEN | |
| 01/22/2008 | CHILD SUPPORT GUIDELINES WORKSHEET | |

| Docket Date | Docket Text | Image Avail. |
|---|---|---|
| 01/22/2008 | CHILD SUPPORT GUIDELINES WORKSHEET | |
| 01/22/2008 | MOTION TO AMEND COUNTERCLAIM  ALLOWED.   GREGORY V. ROACH , J.     ATTYS/PTYS ND 02/08/2008 | |
| 01/22/2008 | MOTION TO WAIVE PARTICIPATION IN PARENT EDUCATION CLASS  ALLOWED.   GREGORY V. ROACH , J.    ATTYS/PTYS ND 02/08/2008 | |
| 01/22/2008 | JUDGMENT OF DIVORCE NISI IN COUNTERCLAIM DATED 01/22/2008 .   GREGORY V. ROACH , J.    ATTYS/PTYS ND 02/08/2008 | Image |
| 01/15/2009 | SHELLEY VANETTEN   'S COMPLAINT FOR CONTEMPT FROM JUDGMENT DATED 01/22/2008 , RETURNABLE 02/23/2009 .     , FOR PLAINTIFF | |
| 01/15/2009 | SHELLEY VANETTEN   'S AFFIDAVIT OF INDIGENCY | |
| 01/16/2009 | CONTEMPT RETURNABLE scheduled on 2/23/2009. | |
| 01/16/2009 | SUMMONS ISSUED ON CONTEMPT FILED 01/15/2009 , RETURNABLE 02/23/2009 | |
| 01/21/2009 | GREGORY JAMES VANETTEN   'S COMPLAINT FOR MODIFICATION OF JUDGMENT DATED 01/22/2008 .    PRO SE | |
| 01/21/2009 | SUMMONS ISSUED | |
| 01/21/2009 | NOTICE OF TRACK ASSIGNMENT SENT 01/21/2009 | |
| 01/21/2009 | CONFERENCE scheduled on 5/21/2009. (NOT A HEARING DATE) | |
| 02/21/2009 | Informational docket entry: Converted Case from BasCOT - P&F on 02/21/2009 | |
| 02/21/2009 | Case disposed at conversion on 02/21/2009 | |
| 02/23/2009 | FINANCIAL STATEMENT | |
| 02/23/2009 | FINANCIAL STATEMENT | |
| 02/23/2009 | Notice of Appearance of Shelley VanEtten, Pro Se<br><br>SHELLEY VAN ETTEN | |
| 02/25/2009 | Subsequent Action for Modification filed | |
| 02/25/2009 | Track Assignment Notice<br><br>Sent on:  25-feb-09 08:09:58 | |
| 02/25/2009 | Summons Issued on Complaint for Modification | |
| 02/25/2009 | Motion for Temporary Orders on Modification filed 2/24/2009 | |
| 02/26/2009 | Summons issued on complaint for Modification. | |
| 03/05/2009 | Subsequent Action Contempt Filed | |
| 03/05/2009 | Summons Filed, Date of Service 03/02/2009<br><br>(shelley A. VanEtten) | |
| 03/09/2009 | Notice of Appearance of Shelley VanEtten, Pro Se | |
| 03/09/2009 | Notice of Appearance of Gregory J VanEtten, Pro Se | |
| 03/09/2009 | FINANCIAL STATEMENT of Gregory VanEtten | |
| 03/23/2009 | Notice of Appearance of Gregory James VanEtten, Pro Se<br><br>Gregory Van Etten | |

| Docket Date | Docket Text | Image Avail. |
|---|---|---|
| 03/26/2009 | Subsequent Action for Modification filed | Image |
| 03/30/2009 | Motion Temporary Orders on Complaint for Modification Denied 03/09/2009 | Image |
| 03/30/2009 | Judgment on Contempt (filed 01/15/2009) dated 03/20/2009 | |
| 05/14/2009 | Pre-Trial Notice and Order Sent<br><br>Event: Pretrial Conference Domestic and Equity<br><br>Date: 06/16/2009  Time: 09:00 AM<br>Result: Event Held | |
| 05/14/2009 | Judgment/Decree of Dismissal on Subsequent Action Dated 4-6-2009 on Complaint for Contempt filed 3-5-2009 | |
| 05/26/2009 | Track assignment notice issued.<br><br>Track Assignment Notice<br><br>Sent on:  26-may-09 10:37:01 | |
| 05/26/2009 | Summons issued on complaint for Modification. | |
| 06/08/2009 | Summons Filed, Date of Service 06/03/2009<br><br>on Modification Shelley Van Etten | |
| 06/16/2009 | Financial Statement of Shelley Van Etten | |
| 06/16/2009 | Child Support Guidelines Worksheet | |
| 06/25/2009 | Judgment of Dismissal on Subsequent Action Modification filed 01/21/2009 dated 06/16/2009 | Image |
| 06/25/2009 | Judgment of Dismissal on Subsequent Action Modification filed 04/26/2009 dated 06/16/2009 | Image |
| 06/25/2009 | Order After Review Hearing on Contempt filed 01/15/2009 dated 06/16/2009 | Image |
| 06/25/2009 | Judgment of Modification (filed 02/24/2009) dated 06/16/2009 | Image |
| 01/14/2010 | Subsequent Action for Modification filed | Image |
| 04/09/2010 | Summons Filed, Date of Service 03/27/2010<br><br>ON A COMPLAINT FOOR MODIFICATION SERVED ON SHELLY A. VAN ETTEN | Image |
| 05/26/2010 | Notice of Appearance of Shelley VanEtten, Pro Se | Image |
| 05/26/2010 | Notice of Appearance of Gregory J VanEtten, Pro Se | Image |
| 05/26/2010 | Financial Statement, Gregory | |
| 05/26/2010 | Financial Statement, Shelley | |
| 05/26/2010 | Child Support Guidelines Worksheet | |
| 05/26/2010 | Child Support Guidelines Worksheet | |
| 05/26/2010 | Child Support Guidelines Worksheet | |
| 07/01/2010 | Judgment/Decree of Dismissal on Subsequent Action, Modification 5-26-10 | Image |
| 07/03/2014 | PILOT Subsequent Action Modification Filed with MTO | Image |
| 07/14/2014 | PILOT Summons and Notice Issued on Complaint for Modification with MTO - DOR to serve | Image |
| 08/04/2014 | Notice of Appearance of Gregory J VanEtten, Pro Se | Image |
| 08/04/2014 | Notice of Appearance of Shelley VanEtten, Pro Se | Image |
| 08/04/2014 | Financial Statement of Gregory Van Etten | Image |

| Docket Date | Docket Text | Image Avail. |
|---|---|---|
| 08/04/2014 | Financial Statement of Shelley A. Van Etten | Image |
| 08/06/2014 | Judgment of Dismissal dated August 4, 2014 on Complaint for Modification filed July 3, 2014 | Image |
| 11/01/2023 | Motion To Vacate Support Order Issued by Justice Gregory V. Roach Under Federal Rule 60(b) | Image |
| 11/16/2023 | Motion To Vacate Support Order Issued by Justice Gregory V. Roach Under Federal Rule 60(b) DENIED on 11/14/2023 File Reference # 99 | Image |
| 01/16/2024 | Transfer Order 01/03/2024, Maura S. Doyle, Clerk Supreme Judicial Court | Image |
| 08/05/2024 | Motion For Vacate Void Judgment | Image |
| 08/05/2024 | Affidavit Of Gregory Van Etten | Image |
| 08/19/2024 | Motion For Vacate Void Judgment DENIED on 08/15/2024 File Reference # 102 | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Disposed | 01/22/2008 | Melia, Hon. Jennifer |