# Exhibit 4

## Commonwealth of Massachusetts
### The Trial Court

Worcester Division     Probate and Family Court Department     Docket No. 07D1562DV1

## ORDER FOR SERVICE BY PUBLICATION

Shelley VanEtten , Plaintiff

v.

Gregory James VanEtten , Defendant

Upon motion of plaintiff for an order directing     Gregory James VanEtten
the defendant herein, to appear, plead, or answer, in accordance with Mass.R.Civ. P./Mass.R.Dom.Rel.P. Rule 4, it appearing to the Court that this is an action for ☒ divorce     ☐ separate support.

Pursuant to Supplemental Probate Court Rule 411, an Automatic Restraining Order has been entered against the above named parties, and that the said defendant cannot be found within the Commonwealth and that his/her present whereabouts are unknown; that personal service on said defendant is therefore not practicable, and that said defendant has not voluntarily appeared in this action:

It is **Ordered** that said defendant is directed to appear, plead, answer, or otherwise move with respect to the complaint herein on or before the  eighteenth  day of  October  , 20 07 . If you fail to do so this Court will proceed to a hearing and adjudication of this matter.

It is further **Ordered** that the accompanying summons be published once a week for three consecutive weeks in the  Barre Gazette  ,

a newspaper published in  Barre  ,
(include mailing address of newspaper)

the publication to be  seven  days at least before said return day. It is further **Ordered** that a copy of the summons be mailed to the defendant at his/her last known address by registered or certified mail.

Date  July 18, 2007     Joseph L. Hart, Jr.
Justice of Probate and Family Court

### RETURN OF SERVICE
I hereby certify under the penalties of perjury that I have complied with the order of notice by:

☐ mailing — certified — registered — a copy of the summons as ordered and,

☐ causing the citation to be published in the _____

Publication was on _____ which was at least _____ days/months before said return day.

Date _____     Signed _____

**NOTE:** *Proof of service must be made in compliance with Mass.R.Civ. P./Mass.R.Dom.Rel.P. Rule 4 and may be made on this form. This form is to be used for actions for divorce or for separate support ONLY.*

CJ-D 111A (12/00)