# Exhibit 6

# COMMONWEALTH OF MASSACHUSETTS
## TRIAL COURT
### PROBATE & FAMILY COURT DEPARTMENT

_Worcester_ , ss.

Docket No. _07D1562-DV1_

_filed March 26, 2009_

_Gregory J. Van Etten_
_____
Plaintiff

v.

_Shelley A. Van Etten_
_____
Defendant

)
)
)
)
)
)
)
)
)
)

COMPLAINT FOR
MODIFICATION

1. The plaintiff, _Gregory J. Van Etten_
   resides at _9 Ridge Ave, Hanover PA 17331_
   ~~County, Massachusetts.~~ The defendant, _Shelley Van Etten_,
   resides at _247 Collins Road, Hardwick (Ware), MA_
   County, Massachusetts.

2. The Child Support Enforcement Division of the Massachusetts Department of Revenue is an interested party in this case pursuant to the provisions of G.L. c. 119A, §§ 2 and 3.

3. This Court, on _Jan 22, 2008_, Docket No. _07D1562-DV1_, ordered that _Gregory Van Etten_ pay $ _585.00_ per _week_ as child support.

4. There is an inconsistency between the amount of the existing order and the amount that would result from application of the Child Support Guidelines issued by the Chief Justice for Administration and Management for the following reason: _Change of Job & Salary as well as Health care costs. Please also take into account the long travel distance to visit my children ~ Also the fact that paying this support amount I am unable to live in Maryland where my work is but two hours away in PA._

5. Wherefore, plaintiff requests that the court order that the judgment(s) of _Jan 22, 2008_, Docket No. _07D1562-DV1_, be modified by entering a judgment in accordance with the Child Support Guidelines.

Date: _Mar 10, 2009_

_Gregory J. Van Etten_
Plaintiff
_9 Ridge Ave_
Address
_Hanover, PA 17331_
_717-549-3545_
Telephone Number

