# Exhibit 7

**Commonwealth Of Massachusetts**
**The Trial Court**
**Probate and Family Court Department**

Worcester Division

Docket No. WO07D1562DV1

### JUDGMENT OF MODIFICATION
**(filed February 24, 2009)**

**Gregory J. Van Etten**, Plaintiff

vs.

**Shelley A. Van Etten**, Defendant

This action came on for hearing before the Court, Gregory V. Roach, J. presiding, and the issues having been heard and findings having been duly rendered,

It is ordered and adjudged that the Judgment of said Court dated **January 22, 2008** is hereby modified as follows:

1. The stipulation attached hereto is hereby incorporated, merged into and made a part of this Judgment.

2. The agreement between the parties is voluntary and is not the product of coercion.

3. The agreement is fair and reasonable.

In all other respects the original Judgment shall remain in full force and effect.

Dated: **June 16, 2009**

Justice of Probate and Family Court
Gregory V. Roach

c.g.f,

# THE COMMONWEALTH OF MASSACHUSETTS

WORCESTER PROBATE
AND
FAMILY COURT

| | | |
|---|---|---|
| Gregory Van Etten | PLAINTIFF | Docket #: 97D1562 |
| Shelly Van Etten | DEFENDANT | STIPULATION (on Complaint for) |
| | | Modification (filed 2/24/09) |

## Now come the parties in the above named case and hereby stipulate to the following,

1. The fathers child support shall be modify to $337.00. per week all payments to go through the Department of Revenue.
2. The father shall not be responsible for health care insurance beginning August 1, 2009.
3. By agreement of the parties the mother will be allowed to relocate with the minor children to her home state of Canada by August 1, 2009.
4. As of this date no arrears are due the plaintiff.
5. Parties agree to meet half way for fathers visitation with the minor children. Visits to be worked out between the parties.
6. Father shall have the minor children for summer vacation exclusive of three weeks that the mother will have towards the end of summer vacation.
7. The parties agree to joint legal custody with physical custody to the mother.
8. The mother shall notify the father of her home address and a phone number in order to contact the minor children.

_____  Date: 6/16/09  _____
Plaintiff                                                    Defendant

_____                 _____
Attorney for Plaintiff                              Attorney for Defendant

I, the undersigned, have read and fully understand the above stipulation. I have signed this agreement freely and voluntarily.

_____  Date: 6/16/09  _____
Plaintiff                                                    Defendant

                                                            _____
                                                            Probation Officer