# Exhibit 8

**Commonwealth Of Massachusetts**
**The Trial Court**
**Probate and Family Court Department**

**Worcester Division**

**Docket No. WO07D1562-DV1**

## JUDGMENT OF DISMISSAL

**Gregory J. Van Etten**, Plaintiff

vs.

**Shelley A. Van Etten**, Defendant

After hearing:

It is ordered and adjudged that the **Complaint for Modification** filed on **January 14, 2010** be and hereby is dismissed, no significant change of circumstance on his income or ability to pay child support.

Dated: **May 26, 2010**

_____
Justice of Probate and Family Court
Ronald W. King

c.g.f.