# Exhibit 9

Commonwealth Of Massachusetts
The Trial Court
Probate and Family Court Department

Worcester Division                    Docket No. WO07D1562DV1

## JUDGMENT OF DISMISSAL

**Gregory J. Van Etten**, Plaintiff

vs.

**Shelley A. Van Etten**, Defendant

It is ordered and adjudged that the **Complaint for Modification** filed on **July 3, 2014** be and hereby is dismissed in accordance with the stipulation attached hereto.

Dated: **August 4, 2014**

_____
Justice of Probate and Family Court
Gregory V. Roach

c.g.f,

# THE COMMONWEALTH
# OF
# MASSACHUSETTS

## WORCESTER PROBATE
## AND
## FAMILY COURT

| Gregory Van Etten | PLAINTIFF | Docket #: 07D1562 |
| Shelley Van Etten | DEFENDANT | STIPULATION (on Complaint for) |
| | | Judgement on Modification filed on 7.3.14 |

**Now come the parties in the above named case and hereby stipulate to the following,**

1. Parties agree to Dismiss the Complaint for Modification filed on July 3, 2014.

2. In all other respects all prior court orders shall remain in full force and effect.

_____    Date: 8/4/14    _____
Plaintiff                                                                          Defendant

_____                          _____
Attorney for Plaintiff                                                      Attorney for Defendant

I, the undersigned, have read and fully understand the above stipulation. I have signed this agreement freely and voluntarily.

_____    Date: 8/4/14    _____
Plaintiff                                                                          Defendant

                                                                                    _____
                                                                                    Probation Officer