# Exhibit 10

MOTION FOR

VANETTEN, SHELLEY,
Plaintiff/Petitioner

V.

VAN ETTEN, GREGORY J.,
Defendant/Respondent

VACATE VOID JUDGEMENT FILED

AUG - 5 2024

AMS

Now comes ___Gregory Alvin James Van Etten___ , ○ Plaintiff ● Defendant ○ Petitioner ○ Respondent ,
(name of moving party)

in this action who requests:

Given that the Worcester Probate and Family Court never had personal or subject matter jurisdiction as supported by affidavit: that the order of support is now void, reserving my right to pursue further action and remedy, pursuant to Title 42 U.S.C. Section 1983 - Civil action for deprivation of rights, in district court for the crimes here committed I demand the following relief:

By Affidavit of facts evidence shows this administrative court lacks personal jurisdiction over the alleged defendant, who is a free citizen of the state and thereby must dismiss this matter with prejudice.

All support orders in the case: WO07D1562DV1 are vacated declared NULL and VOID ab initio

That the entire record of the case be removed from public record and sealed as private and preserved as evidence of the crimes soon to be brought to district court.

Date ___August 2, 2024___

_(Signature of attorney or plaintiff, if pro se)_

Gregory Alvin James Van Etten
(Print name)

c/o: 1530 P B LN #V1425
(Street address)

| NOTICE OF HEARING | |
|---|---|
| This motion will be heard at the Probate and Family Court | |
| In | |
| | (city) |
| on | |
| | (month/day/year) |
| at | |
| | (time of hearing) |

Witchita Falls     Texas     [76302]
(City/Town)     (State)     (Zip)

Tel. No. 301-820-5302

B.B.O. # ___

The within motion is hereby ○ ALLOWED ☒ DENIED

Date ___8/5-24___

Justice of the Probate and Family Court

# MOTION FOR

## VACATE VOID JUDGEMENT

Dated:         **August 2, 2024**

## CERTIFICATE OF SERVICE

I hereby certify that I have delivered a copy of this motion to:

**Shelley Van Etten**
(name of party or attorney of record)

| **65 South Street** | **Ware** | **MA** | **01082** |
|---|---|---|---|
| (Address) | (City/Town) | (State) | (Zip) |

By ◯ delivery in hand         at         ◯ AM ◯ PM
              (date of delivery)          (time)

◉ mailing (postage paid on)     **August 2, 2024**
                            (date of mailing)

_Gregory Alvin Jesse Van Etten_
(signature)