# Exhibit 11

# 2385CV00390 Van Etten, Gregory J vs. Child Support Enforcement Division Massachusetts Department Of Revenue



- Case Type:
- Equitable Remedies
- Case Status:
- Open
- File Date
- 04/13/2023
- DCM Track:
- F - Fast Track
- Initiating Action:
- Injunction
- Status Date:
- 04/13/2023
- Case Judge:
- 
- Next Event:
- 

| All Information | Party | Event | Tickler | Docket | Disposition |

## Party Information

**Van Etten, Gregory J**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | • Attorney |
| | • Pro Se |
| | • Bar Code |
| | • PROPER |
| | • Address |
| | • Phone Number |
| | • |

**More Party Information**

**Child Support Enforcement Division Massachusetts Department Of Revenue**
- Defendant

| Alias | Party Attorney |
|---|---|
| | • Attorney |
| | • Denham, Esq., Michael |
| | • Bar Code |
| | • 694831 |
| | • Address |
| | • Dept. of Revenue, Child Support Services |
| | PO Box 9561 |
| | Boston, MA  02114 |
| | • Phone Number |
| | • (617)626-2398 |

**More Party Information**

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 08/29/2023 02:00 PM | Civil D | WOR-4th FL, CR 25 (SC) | Rule 12 Hearing | Goodwin, Hon. Karen | Held - Under advisement |
| 08/29/2023 02:00 PM | Civil D | WOR-4th FL, CR 25 (SC) | Hearing on Preliminary Injunction | Goodwin, Hon. Karen | Held - Under advisement |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 04/13/2023 | 07/12/2023 | 90 | 05/22/2023 |
| Answer | 04/13/2023 | 08/11/2023 | 120 | 11/07/2023 |
| Rule 12/19/20 Served By | 04/13/2023 | 08/11/2023 | 120 | 11/07/2023 |
| Rule 12/19/20 Filed By | 04/13/2023 | 09/11/2023 | 151 | 11/07/2023 |
| Rule 12/19/20 Heard By | 04/13/2023 | 10/10/2023 | 180 | 11/07/2023 |
| Rule 15 Served By | 04/13/2023 | 08/11/2023 | 120 | 11/07/2023 |
| Rule 15 Filed By | 04/13/2023 | 09/11/2023 | 151 | 11/07/2023 |
| Rule 15 Heard By | 04/13/2023 | 10/10/2023 | 180 | 11/07/2023 |
| Discovery | 04/13/2023 | 02/07/2024 | 300 | 11/07/2023 |
| Rule 56 Served By | 04/13/2023 | 03/08/2024 | 330 | 11/07/2023 |
| Rule 56 Filed By | 04/13/2023 | 04/08/2024 | 361 | 11/07/2023 |
| Final Pre-Trial Conference | 04/13/2023 | 08/05/2024 | 480 | 11/07/2023 |
| Judgment | 04/13/2023 | 04/14/2025 | 732 | 11/07/2023 |
| Under Advisement | 08/29/2023 | 09/28/2023 | 30 | 11/06/2023 |
| Under Advisement | 08/29/2023 | 09/28/2023 | 30 | 11/06/2023 |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 04/13/2023 | Complaint electronically filed. | 1 | Image |
| 04/13/2023 | Civil action cover sheet filed. | 2 | Image |
| 04/13/2023 | Affidavit/Declaration of Status (E-FILED) | 3 | Image |
| 04/13/2023 | Exhibits/Appendix<br><br>Interrogatories presented to a Governmental Agency (E-FILED) | 4 | Image |
| 04/13/2023 | Plaintiff Gregory J Van Etten's Notice of fraud to use trickery and intimidation to force the undersigned to accept support services from a for profit business (E-FILED) | 5 | Image |
| 04/14/2023 | Case assigned to: DCM Track F - Fast Track was added on 04/14/2023 | | |
| 04/25/2023 | Amended: FIRST original complaint filed by Gregory J Van Etten [E-FILED] | 6 | Image |
| 05/22/2023 | Service Returned for Defendant Department of Revenue by giving in hand to Susan Pricopio, Clerk, Agent and person in charge of its business at time of service at 67 Millbrook Street, Suite 300, Worcester, MA on 5/10/2023 (E-FILED)<br><br>Applies To: Child Support Enforcement Division Massachusetts Department Of Revenue (Defendant) | 7 | Image |
| 05/30/2023 | Attorney appearance electronically filed. [E-FILED]<br><br>Applies To: Denham, Esq., Michael (Attorney) on behalf of Child Support Enforcement Division Massachusetts Department Of Revenue (Defendant) | | Image |
| 05/30/2023 | Defendant Child Support Enforcement Division Massachusetts Department Of Revenue's Notice of Motion to Dismiss Pursuant to Superior Court Rule 9E [E-FILED] | 8 | Image |
| 06/21/2023 | Plaintiff Gregory J Van Etten's Motion for A Preliminary Injunction [E-FILED] | 9 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 06/22/2023 | Defendant Child Support Enforcement Division Massachusetts Department Of Revenue's Motion to Dismiss<br>[E-FILED] | 10 | Image |
| 06/22/2023 | Child Support Enforcement Division Massachusetts Department Of Revenue's Memorandum in support of<br>Motion to Dismiss<br>[E-FILED] | 10.1 | Image |
| 06/22/2023 | Response to P#10: Motion to Dismiss filed by Child Support Enforcement Division Massachusetts Department Of Revenue<br>[E-FILED] | 10.2 | Image |
| 06/22/2023 | Reply/Sur-reply<br><br>Defendant's Reply to Plaintiff's Response to Motion to Dismiss<br>[E-FILED] | 10.3 | Image |
| 06/22/2023 | Defendant Child Support Enforcement Division Massachusetts Department Of Revenue's Submission of Affidavit of Compliance with Superior Court Rules 9A and 9C<br>[E-FILED] | 10.4 | Image |
| 06/22/2023 | Defendant Child Support Enforcement Division Massachusetts Department Of Revenue's Notice of Filing Pursuant to Superior Court Rule 9A<br>(with List of Documents and Certificate of Service)<br>[E-FILED] | 10.5 | Image |
| 06/22/2023 | Endorsement on Motion for Preliminary Injunction (#9.0): DENIED<br>Denied for failure to comply with Rule 9A. Notices mailed 6/23/23<br><br>Judge: Ritter, Hon. William J | | Image |
| 07/03/2023 | Plaintiff Gregory J Van Etten's Notice of<br>Motion for a  preliminary injunction and certificate of service (E-FILED) | 11 | Image |
| 07/14/2023 | Plaintiff Gregory J Van Etten's Motion for<br>Preliminary Injunction<br>[E-FILED] | 12 | Image |
| 07/14/2023 | Gregory J Van Etten's Memorandum in support of<br>Motion for a Preliminary Injunction<br>[E-FILED] | 12.1 | Image |
| 07/14/2023 | Defendant Child Support Enforcement Division Massachusetts Department Of Revenue's Submission of Opposition to P#12: Plaintiff's Motion for a Preliminary Injunction<br>[E-FILED] | 12.2 | Image |
| 07/14/2023 | Reply/Sur-reply<br><br>Plaintiff's Reply to Defendant's Response to Motion for a Preliminary Injunction<br>[E-FILED] | 12.3 | Image |
| 07/14/2023 | Affidavit of Compliance with Superior Court Rules 9A and 9C<br>[E-FILED] | 12.4 | Image |
| 07/14/2023 | Plaintiff Gregory J Van Etten's Notice of<br>Filing Pursuant to Superior Court Rule 9A<br>[E-FILED] | 12.5 | Image |
| 07/27/2023 | Plaintiff Gregory J Van Etten's EMERGENCY Motion for<br>Hearing<br>[E-FILED] | 13 | Image |
| 07/27/2023 | Plaintiff Gregory J Van Etten's Motion for<br>Remote Hearing<br>[E-FILED] | 14 | Image |
| 08/02/2023 | Endorsement on Motion for Remote Hearing (#14.0): ALLOWED<br>Meeting ID# 160 3640 8112. Notices mailed 8/3/23<br><br>Judge: Goodwin, Hon. Karen | | Image |
| 08/28/2023 | Plaintiff Gregory J Van Etten's Notice of<br>Violation and Denial of Rights Under Color of Law<br>(E-FILED) | 15 | Image |
| 08/29/2023 | Matter taken under advisement:  Rule 12 Hearing scheduled on:<br>        08/29/2023 02:00 PM<br>Has been: Held - Under advisement<br>Comments: FTR - rm 25<br>Hon. Karen Goodwin, Presiding | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | Staff:<br>    Laurie Jurgiel, Assistant Clerk Magistrate | | |
| 08/29/2023 | Matter taken under advisement:  Hearing on Preliminary Injunction scheduled on:<br>    08/29/2023 02:00 PM<br>Has been: Held - Under advisement<br>Comments: FTR - rm 25<br>Hon. Karen Goodwin, Presiding<br>Staff:<br>    Laurie Jurgiel, Assistant Clerk Magistrate | | |
| 11/06/2023 | Endorsement on Motion to Dismiss (#10.0): ALLOWED<br>See memorandum and order of Judge Goodwin dated 11/6/23. Notices mailed 11/7/23<br><br>Judge: Goodwin, Hon. Karen | | Image |
| 11/06/2023 | Endorsement on Motion for Preliminary Injunction (#12.0): DENIED<br>See memorandum and order of Judge Goodwin dated 11/6/23. Notices mailed 11/7/23<br><br>Judge: Goodwin, Hon. Karen | | Image |
| 11/07/2023 | MEMORANDUM & ORDER:<br><br>ON DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION- ORDER: For the foregoing reasons, it is hereby ORDERED that the defendant's motion to dismiss is ALLOWED and the plaintiff's motion for a preliminary injunction is DENIED. Entered and Copies mailed 11/7/23<br><br>Judge: Goodwin, Hon. Karen | 16 | Image |
| 11/07/2023 | JUDGMENT on Defendants,  Child Support Enforcement Division Massachusetts Department Of Revenue 12(b) motion to dismiss against Plaintiff(s) Gregory J Van Etten.<br>It is ORDERED and ADJUDGED:<br>that the complaint be and hereby is dismissed. Entered and Copies mailed 11/7/23 | 17 | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Judgment after Finding on Motion | 11/07/2023 | |