# Exhibit 13

# SUPREME JUDICIAL COURT
## for Suffolk County
## Case Docket

---

## CHILD SUPPORT ENFORCEMENT DIVISION MASSACHUSETTS DEPARTMENT OF REVENUE v. GREGORY J. VANETTEN
## SJ-2023-0477

---

### CASE HEADER

| | |
|---|---|
| Case Status | Transferred to Trial Court |
| Status Date | 01/03/2024 |
| Nature | Habeas Corpus c.248,s.35 |
| Entry Date | 11/29/2023 |
| Sub-Nature | Habeus Corpus Relief |
| Single Justice | Wendlandt, J. |
| TC Ruling | |
| TC Ruling Date | |
| SJ Ruling | |
| TC Number | |
| Pet Role Below | |
| Full Ct Number | |
| Lower Court | Worcester Probate & Fam |
| Lower Ct Judge | Gregory V. Roach, J. |

### INVOLVED PARTY          ATTORNEY APPEARANCE

**Gregory J VanEtten**
Pro Se Defendant/Petitioner

**Child Support Enforcement Division MA Department of Revenue**
Plaintiff/Respondent

### DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 11/29/2023 | | Case entered. |
| 11/29/2023 | | New E-Filed Case Cover Sheet filed. |
| 11/29/2023 | #1 | MOTION to Waive Filing Fee, filed by Gregory J. VanEtten, pro se. |
| 11/29/2023 | #2 | Petition For a Writ of Habeas Corpus under M.G.L.c. 248, sec. 1, filed by Gregory J. VanEtten, pro se. |
| 11/30/2023 | #3 | Exhibits 1-4 to P.# 2, filed by Gregory J. VanEtten, pro se. |
| 11/30/2023 | #4 | Certificate of Service Re. P.#'s 2-3, filed by Gregory J. VanEtten. |
| 12/22/2023 | | Under advisement. (Wendlandt, J.). |
| 01/03/2024 | #5 | ORDER OF TRANSFER: "This matter came before the Court (Wendlandt, J.) on the petitioner Gregory J. Vanetten's papers titled, "Petition for a Writ of Habeas Corpus under M.G.L. Ch. 248 Section 1" seeking relief from the June 16, 2009 order of the Worcester Family & Probate Court which in short the petitioner argues is restraining his liberty and depriving him of property. Without determining indigency or whether the petitioner is entitled to filing fee waiver in this Court, it is ORDERED, pursuant to the provisions of G. L. c. 211, § 4A, that the above-entitled case be transferred to the Superior Court Department of the Trial Court for the County of Worcester for entry and disposition, subject to any applicable filing fee requirements of the said Superior Court." (Wendlandt, J.) |
| 01/03/2024 | #6 | eNotice to Parties and Lower Court Re: P.# 5 filed. |
| 01/03/2024 | #7 | Email with attachments to Worcester Superior Court Re: Paper #5 filed. |

As of 01/03/2024 12:25pm