# Exhibit 15

(Court in session.)

(Excerpt begins at 10:29:30.)

THE COURT: All right. Thank you both for your presentations. I am going to try and expedite this as best I can.

Having reviewed the materials, including the order from the SJC, which -- not a criticism of them, but they didn't really provide us with any guidance as to why it was sent here.

My interpretation is we were required to hold a hearing on the issue of waiver of a filing fee and/or indigency of the plaintiff.

Having held that hearing, I find that the plaintiff has refused to provide any financial information. He has refused to sign and fill out the requisite affidavit of indigency. So the Court has no information from which to conclude that the defendant -- excuse me -- the plaintiff is indigent. So I do not find him indigent. I do not waive the filing fee.

And because the plaintiff has indicated that he will not provide this information, I'm going to dismiss the case based on the refusal of the plaintiff to provide the requisite information and his likewise refusal to file the requisite filing fee.

I'm going to ask my clerk to burn a disc of this hearing, and I will sign it as the reasons for the dismissal. Thank you both. That concludes the hearing.

MR. DENHAM: Thank you, your Honor.

THE CLERK: So ordered, your Honor.

(Hearing concluded at 10:31 a.m.)

_____

Daniel M. Wrenn,

Regional Administrative Justice

2-17-24

Date

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                    SUPERIOR COURT DEPARTMENT
                                  OF THE TRIAL COURT

* * * * * * * * * * * * * * * * * *
                                *
                                *
                                *
IN THE MATTER OF:               *   Docket No. 2485CV00026
GREGORY J. VAN ETTEN            *
                                *
                                *
                                *
* * * * * * * * * * * * * * * * * *


TRANSCRIPT OF THE PROCEEDINGS
BEFORE THE HONORABLE DANIEL M. WRENN
Proceedings held via videoconference
Excerpt of the proceedings


For the Petitioner:
Gregory J. Van Etten, Pro Se

For the Massachusetts Department of Revenue:
Department of Revenue, Child Support Enforcement
P.O. Box 9561
Worcester, Massachusetts 02114
By:  Michael Denham, Esq.


                          Worcester, Massachusetts
                          Courtroom 17
                          February 8, 2024


                    Jennifer Witaszek, CER, CET
                    Approved Court Transcriber