# Exhibit #1

# Commonwealth of Massachusetts
## THE TRIAL COURT
## PROBATE AND FAMILY COURT DEPARTMENT

**WORCESTER DIVISION**    **DOCKET #07D-1562-DV1**

Filed 7/16/07

Shelley VanEtten,
  PLAINTIFF

v.

Gregory James VanEtten,
  DEFENDANT

## PLAINTIFF'S MOTION FOR SERVICE BY PUBLICATION

NOW COMES Plaintiff, Shelley VanEtten, in the above-captioned matter and respectfully moves this Honorable Court for permission to serve the Defendant by publication on the grounds that attempts have been made to serve him in hand in Massachusetts but the Defendant has been out of state since he was served with a 209A Restraining Order and there is a substantial likelihood that he will not return to Massachusetts in the near future.

Dated: July 16, 2007

Respectfully submitted.

Shelley VanEtten,
By her Attorney,

_____
Paige Dunmire Firment, Esquire
Attorney for Plaintiff
Paige Dunmire Firment, Esquire
41 Elm Street
Worcester, Massachusetts 01609
BBO# 138010

Phone: 508-754-9242 / Fax: 508-791-4554

July 16, 20 07
MOTION ALLOWED-DENIED
JUDGE OF PROBATE COURT

11