# Exhibit #2

# Commonwealth of Massachusetts
## The Trial Court
### Probate and Family Court Department

Worcester Division

Docket No. 07D1562DV1

## ORDER FOR SERVICE BY PUBLICATION

____Shelley VanEtten____, Plaintiff

v.

____Gregory James VanEtten____, Defendant

Upon motion of plaintiff for an order directing ____Gregory James VanEtten____ the defendant herein, to appear, plead, or answer, in accordance with Mass.R.Civ.P./Mass.R.Dom.Rel.P. Rule 4, it appearing to the Court that this is an action for ☒ divorce ☐ separate support.

Pursuant to Supplemental Probate Court Rule 411, an Automatic Restraining Order has been entered against the above named parties, and that the said defendant cannot be found within the Commonwealth and that his/her present whereabouts are unknown; that personal service on said defendant is therefore not practicable, and that said defendant has not voluntarily appeared in this action:

It is **Ordered** that said defendant is directed to appear, plead, answer, or otherwise move with respect to the complaint herein on or before the ____eighteenth____ day of ____October____, 20__07__. If you fail to do so this Court will proceed to a hearing and adjudication of this matter.

It is further **Ordered** that the accompanying summons be published once a week for three consecutive weeks in the ____Barre Gazette____,

a newspaper published in ____Barre____,
(include mailing address of newspaper)

the publication to be ____seven____ days at least before said return day. It is further **Ordered** that a copy of the summons be mailed to the defendant at his/her last known address by registered or certified mail.

Date ____July 18, 2007____     ____Joseph L. Hart, Jr.____
Justice of Probate and Family Court

## RETURN OF SERVICE

I hereby certify under the penalties of perjury that I have complied with the order of notice by:

☐ mailing — certified — registered — a copy of the summons as ordered and,

☐ causing the citation to be published in the _____

Publication was on _____ which was at least _____ days/months before said return day.

Date _____   Signed _____

**NOTE:** Proof of service must be made in compliance with Mass.R.Civ.P./Mass.R.Dom.Rel.P. Rule 4 and may be made on this form. This form is to be used for actions for divorce or for separate support ONLY.

CJ-D 111A (12/00)

ORIGINAL RETURN TO PROBATE COURT
WITH PROOF OF SERVICE