# Exhibit #3

# Commonwealth of Massachusetts
## The Trial Court
### Probate and Family Court Department

**WORCESTER** Division

Docket No. 07D-1562-DV1

Filed 8-15-2007

## Divorce/Separate Support Summons

_____SHELLEY VanETTEN_____, Plaintiff

v.

_____GREGORY JAMES VanETTEN_____, Defendant

To the above named Defendant: Gregory James VanEtten

You are hereby summoned and required to serve upon __Paige Dunmire Firment__

plaintiff's attorney whose address is __41 Elm Street, Worcester, Massachusetts 01609__

_____a copy of your answer to the complaint for ☒ Divorce ☐ Separate Support
(type of action)
which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, the Court will proceed to the hearing and adjudication of this action. You are also required to file your answer to the complaint in the office of the Register of this Court at _____**Worcester**_____
_____either before service upon plaintiff's attorney or within a reasonable time thereafter.

Witness_____**Joseph L. Hart Jr.**_____Esquire, First Justice of said Court

at_____Worcester_____this___5th___day of___July___, 20_07_.

_____
Register of Probate

---

### AN AUTOMATIC RESTRAINING ORDER HAS BEEN ENTERED AGAINST THE ABOVE NAMED PARTIES WHO ARE PROHIBITED FROM:

(1) Selling, transferring, encumbering, concealing, assigning, removing or in any way disposing of any property, real or personal, belonging to or acquired by, either party, except: (a) as required for reasonable expenses of living; (b) in the ordinary and usual course of business; (c) in the ordinary and usual course of investing; (d) for payment of reasonable attorney's fees and costs in connection with the action; (e) by written agreement of both parties; or (f) by Order of the Court.

(2) Incurring any further debts that would burden the credit of the other party, including but not limited to further borrowing against any credit line secured by the marital residence or unreasonably using credit cards or cash advances against credit or bank cards;

(3) Changing the beneficiary of any life insurance policy, pension or retirement plan, or pension or retirement investment account, except with the written consent of the other party or by Order of the Court.

(4) Causing the other party or the minor child(ren) to be removed from coverage under an existing insurance policy, or permitting such coverage to lapse, including medical, dental, life, automobile, and disability insurance. The parties shall maintain all insurance coverage in full force and effect.

**This order is in effect until the earliest of the following: (1) the order is modified or dissolved by the court; (2) the order is modified by a written agreement of the parties with court approval; (3) the entry of a judgment of divorce or separate support; (4) the action is dismissed; or (5) by further order of the court. FAILURE TO COMPLY WITH THIS ORDER MAY BE DEEMED A CONTEMPT OF COURT.**

16  CJ-D 110A (01/00)