Gregory Alvin James Van Etten,

*Plaintiff,*

v.

Case No. 4:2024cv40113-DHH

Stephanie K. Fattman, Ashley
Stewart, Megan Brown, Angelina
Consolmagno, Michele Cristello,
Jennifer Melia, Daniel M Wrenn,
Serge Georges Jr., Michael S. Denham,
Worcester Probate and Family Court,
Child Support Services Division,

*Defendants.*

**Notice of Defendants' Failure to Oppose Plaintiff's Motion to Withdraw and
Strike Service Exhibits (Dkt. 69) and Admission by Silence of Material Facts**

**Gregory Alvin James Van Etten**
**c/o: 1530 P B LN #V1425**
**Wichita Falls, Texas [76302]**

**ph: 301-820-5302**
**email: jim.vanetten@gmail.com**

**Petitioner**
**Self-Represented**

**Notice of Defendants' Failure to Oppose Plaintiff's Motion to Withdraw and Strike Service Exhibits (Dkt. 69) and Admission by Silence of Material Facts**

Plaintiff respectfully files this Notice to inform the Court that Defendants have failed to file any opposition to Plaintiff's Motion to Withdraw and Strike Deficient Service Exhibits (Dkt. 69), which was filed on June 6, 2025. Pursuant to Local Rule 7.1(b)(2), Defendants had 14 days to respond, making June 20, 2025 the deadline. As of this filing, no opposition or motion for extension has been submitted.

Accordingly, Plaintiff requests that the Court treat the motion as unopposed and decide the matter on the papers.

In addition to the procedural implications of their non-response, Defendants have left unchallenged several key factual assertions that go to the heart of the jurisdictional and due process deficiencies in this matter:

1. **No Affidavit of Diligent Search:** Plaintiff stated that the court file contains no affidavit or verified documentation demonstrating that a diligent attempt was made to locate or serve Plaintiff before resorting to publication. Defendants did not rebut this.

2. **No Proof of Publication:** Plaintiff asserted that no affidavit or proof exists to show that publication was actually completed in accordance with Massachusetts law. This omission renders the service invalid. Defendants did not contest this.

3. **Violation of Due Process and Procedural Norms:** Plaintiff explained that the use of defective documents to justify service by publication represents a fundamental procedural failure that undermines the integrity of the proceeding. Defendants offered no rebuttal or legal justification.

Defendants have also left standing their prior admission that:

*"Each one of these requests for relief — and the underlying claims purporting to support them — can only succeed if this Court were to determine that the Probate Court's orders allowing service by publication and imposing child-support were wrongly decided."*

Rather than offer any argument to justify or cure these procedural deficiencies, Defendants have opted to remain silent. Their failure to contest these material points should be construed as further support for granting Plaintiff's motion and recognizing that the underlying service—and any orders built upon it—are constitutionally void.

Plaintiff maintains that the challenged orders are **void ab initio** due to **fraudulent and constitutionally deficient service**, and that this Court has the authority to strike related filings, enjoin further enforcement, and grant relief under 42 U.S.C. § 1983. Defendants' refusal to engage on these core issues—despite being afforded an opportunity—further justifies the granting of Plaintiff's motion and supports the related constitutional claims on appeal.

Plaintiff further notes that this issue is now the subject of a related motion to supplement the record filed in the United States Court of Appeals for the First Circuit (Case No. 25-1095), and resolution of the pending district court motion may assist in clarifying the record on appeal.

### Verification

I, Gregory Alvin James Van Etten, hereby declare under the penalty of perjury under the laws of the United States of America that all foregoing statements are true and correct based upon my personal knowledge, information, and belief.

Executed this Monday 23rd June, 2025.

/s/ *Gregory Alvin James Van Etten*

Gregory Alvin James Van Etten
c/o: 1530 P B LN #V1425
Wichita Falls, Texas [76302]
ph: 301-820-5302
email: jim.vanetten@gmail.com
Appellant
Self-Represented

## Certificate of Service

I, Gregory Alvin James Van Etten, hereby certify that this document **"Notice of Defendants' Failure to Oppose Plaintiff's Motion to Withdraw and Strike Service Exhibits (Dkt. 69) and Admission by Silence of Material Facts"** filed through the CM/ECF system will be sent electronically to the registered participants in the Notice of Electronic Filing(NEF), and a copy was also sent to the appellees' council Nigel Stevens (1st Cir. Bar No. 1218123), Assistant Attorney General, via email to email address on the record, nigel.stevens@mass.gov , on Monday 23rd June, 2025.

/s/ *Gregory Alvin James Van Etten*

Gregory Alvin James Van Etten
c/o: 1530 P B LN #V1425
Wichita Falls, Texas [76302]
ph: 301-820-5302
email: jim.vanetten@gmail.com
Appellant
Self-Represented