# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Gregory Alvin James Van Etten,<br><br>*Plaintiff,*<br><br>v.<br><br>Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division,<br><br>*Defendants.* | Case No. 4:2024cv40113-DHH |

# NOTICE OF RESERVATION OF RIGHTS TO FILE § 1983 CLAIMS AGAINST JUDICIAL OFFICERS FOR CONTINUED ENFORCEMENT OF VOID JUDGMENTS

**Gregory Alvin James Van Etten**
c/o: 1530 P B LN #V1425
Wichita Falls, Texas [76302]

ph: 301-820-5302
email: jim.vanetten@gmail.com

**Petitioner**
**Self-Represented**

# NOTICE OF RESERVATION OF RIGHTS TO FILE § 1983 CLAIMS AGAINST JUDICIAL OFFICERS FOR CONTINUED ENFORCEMENT OF VOID JUDGMENTS

Plaintiff Gregory Alvin James Van Etten, proceeding pro se, hereby gives formal notice that he expressly reserves the right to file claims for prospective and monetary relief against judicial officers and other state actors under 42 U.S.C. § 1983, should this Court decline to vacate or enjoin enforcement of judgments that are void ab initio due to fraud and lack of personal jurisdiction.

This reservation is based on:

- The original child support orders having been procured through fraudulent service by publication without lawful authorization, affidavit of diligent search, or judicial order;

- The enforcement of facially void judgments through administrative channels without due process;

- The continuing irreparable injury suffered by Plaintiff and his family under color of unconstitutional state action;

- The binding precedent that a court acts without jurisdiction—and thus without immunity—when it knowingly enforces a void judgment. See Elliot v. Piersol, 26 U.S. 328, 340 (1828); Peralta v. Heights Med. Ctr., 485 U.S. 80 (1988).

The original child support orders having been procured through fraudulent service by publication without lawful authorization, affidavit of diligent search, or judicial order;

The enforcement of facially void judgments through administrative channels without due process;

1

The continuing irreparable injury suffered by Plaintiff and his family under color of unconstitutional state action;

The binding precedent that a court acts without jurisdiction—and thus without immunity—when it knowingly enforces a void judgment. See Elliot v. Piersol, 26 U.S. 328, 340 (1828); Peralta v. Heights Med. Ctr., 485 U.S. 80 (1988).

Plaintiff does not seek damages for judicial decision-making within jurisdictional bounds but for prospective and administrative enforcement actions carried out despite clear jurisdictional defects.

## Verification

I, Gregory Alvin James Van Etten, hereby declare under the penalty of perjury under the laws of the United States of America that all foregoing statements are true and correct based upon my personal knowledge, information, and belief. Executed this Friday 1st August, 2025.

Respectfully submitted,

*/s/ Gregory Alvin James Van Etten*

Gregory Alvin James Van Etten
c/o: 1530 P B LN #V1425
Wichita Falls, Texas [76302]

ph: 301-820-5302
email: jim.vanetten@gmail.com

Plaintiff
Self-Represented

## CERTIFICATE OF SERVICE

I, Gregory Alvin James Van Etten, hereby certify that this document **"NOTICE OF RESERVATION OF RIGHTS TO FILE § 1983 CLAIMS AGAINST JUDICIAL OFFICERS FOR CONTINUED ENFORCEMENT OF VOID JUDGMENTS"** filed through the CM/ECF system will be sent electronically to the registered participants in the Notice of Electronic Filing(NEF), and a copy was also sent to the Defendant's council Nigel Stevens (1st Cir. Bar No. 1218123), Assistant Attorney Generalvia email to his email address on record, nigel.stevens@mass.gov, on Friday 1st August, 2025.

/s/ *Gregory Alvin James Van Etten*
---

Gregory Alvin James Van Etten
c/o: 1530 P B LN #V1425
Wichita Falls, Texas [76302]
ph: 301-820-5302
email: jim.vanetten@gmail.com

Plaintiff
Self-Represented