# Exhibit 2

# Commonwealth of Massachusetts
## THE TRIAL COURT
## PROBATE AND FAMILY COURT DEPARTMENT

**WORCESTER DIVISION**

DOCKET # 07D 1522D/1

*Filed July 3, 2007*

Shelley VanEtten,

PLAINTIFF

v.

Gregory James VanEtten,

DEFENDANT

### PLAINTIFF'S EXPARTE MOTION FOR TEMPORARY ORDERS

NOW COMES Plaintiff, Shelley VanEtten, in the above-captioned matter and respectfully moves this Honorable Court enter Ex Parte Temporary Orders as follows:

1. That the Plaintiff have legal and physical custody of the parties' children.
2. That the Defendant have no contact with the children until there is a further order of court. *$250 a week*
3. That the Defendant be ordered to pay ~~child support~~ to the Plaintiff through DOR/CSE based on his unemployment compensation in an amount to be determined by the court.
4. That the Defendant's firearms and FID card be turned over to the Hardwick Police Department. *and pistol permit as well*,
5. That the Defendant be restrained from transferring, liquidating or withdrawing any funds from the Hanover Insurance Cash Balance Pension Plan in his name during the pendancy of this action.
6. That the court enter such further orders as it deems equitable and just.

Dated: July 2, 2007

*Motion allowed 7-3-07 Rinaldi K*

Respectfully submitted.

Shelley VanEtten,
By her Attorney,

Paige Dunmire Firment, Esquire
Attorney for Plaintiff
Paige Dunmire Firment, Esquire
41 Elm Street
Worcester, Massachusetts 01609
BBO# 138010

Phone: 508-754-9242 / Fax: 508-791-4554

# Commonwealth of Massachusetts
## THE TRIAL COURT
## PROBATE AND FAMILY COURT DEPARTMENT

**WORCESTER DIVISION**                                    **DOCKET #**

Shelley VanEtten,
                    PLAINTIFF

            v.

Gregory James VanEtten,
                    DEFENDANT

## ORDER OF THE COURT RE

## PLAINTIFF'S EXPARTE MOTION FOR TEMPORARY ORDERS

AFTER HEARING and consideration of Plaintiff's Ex Parte Motion for Temporary Orders, it is hereby ordered that :

1. The Plaintiff shall have legal and physical custody of the parties' children.

2. The Defendant shall have no contact with the children until there is a further order of this court.

3. The Defendant shall pay the sum of $_____ per week in child support through DOR/CSE.

4. The Defendant shall be enjoined from transferring, withdrawing or conveying any funds in his Hanover Insurance Co. Cash Balance Pension Plan.

5. The Defendant's firearms and FID card shall be turned over to the Hardwick Police Department forthwith.


Dated: _____          _____
                                 Justice
                                 Probate and Family Court