# Exhibit 3

# Commonwealth of Massachusetts
## THE TRIAL COURT
## PROBATE AND FAMILY COURT DEPARTMENT

WORCESTER DIVISION                                    DOCKET #07D-1562-DV1

Filed 7/16/07

Shelley VanEtten,
           PLAINTIFF

v.

Gregory James VanEtten,
           DEFENDANT

### PLAINTIFF'S MOTION FOR SERVICE BY PUBLICATION

NOW COMES Plaintiff, Shelley VanEtten, in the above-captioned matter and respectfully moves this Honorable Court for permission to serve the Defendant by publication on the grounds that attempts have been made to serve him in hand in Massachusetts but the Defendant has been out of state since he was served with a 209A Restraining Order and there is a substantial likelihood that he will not return to Massachusetts in the near future.

Dated: July 16, 2007                           Respectfully submitted,

                                               Shelley VanEtten,
                                               By her Attorney,

                                               _____
                                               Paige Dunmire Firment, Esquire
                                               Attorney for Plaintiff
                                               Paige Dunmire Firment, Esquire
                                               41 Elm Street
                                               Worcester, Massachusetts 01609
                                               BBO# 138010

                                               Phone: 508-754-9242 / Fax: 508-791-4554

July 16, 20 07
MOTION ALLOWED-DENIED
_____
JUDGE OF PROBATE COURT