# Exhibit 6

# COMMONWEALTH OF MASSACHUSETTS
# TRIAL COURT
# PROBATE & FAMILY COURT DEPARTMENT

Worcester , ss.     Docket No. 07D1562-DV1

Filed March 26, 2009

Gregory J. Van Etten
Plaintiff

COMPLAINT FOR MODIFICATION

v.

Shelley A Van Etten
Defendant

1. The plaintiff, Gregory J. Van Etten, resides at ~~1241~~ 9 Ridge Ave, Hanover PA 17331 ~~County, Massachusetts~~. The defendant, Shelley Van Etten, resides at 247 Collins Road, Hardwick (Ware), MA County, Massachusetts.

2. The Child Support Enforcement Division of the Massachusetts Department of Revenue is an interested party in this case pursuant to the provisions of G.L. c. 119A, §§ 2 and 3.

3. This Court, on Jan 22, 2008, Docket No. 07D1562-DV1, ordered that Gregory Van Etten pay $585.00 per week as child support.

4. There is an inconsistency between the amount of the existing order and the amount that would result from application of the Child Support Guidelines issued by the Chief Justice for Administration and Management for the following reason: Change of Job & Salary as well as Health care costs. Please also take into account the long travel distance to visit my children. Also the fact that paying this support ammount I am unable to live in Maryland where my work is but two hours away in PA.

5. Wherefore, plaintiff requests that the court order that the judgment(s) of Jan 22, 2008, Docket No. 07D1562-DV1, be modified by entering a judgment in accordance with the Child Support Guidelines.

Date: Mar 10, 2009

Gregory J. Van Etten
Plaintiff
9 Ridge Ave
Address
Hanover, PA 17331

717-549-3545
Telephone Number

(Pro Se Mod Court Package Complaint 10/07)

