# Exhibit 10

| Division | Worcester | Commonwealth of Massachusetts | Docket No. WO07D1562DV1 |
|---|---|---|---|

Commonwealth of Massachusetts
The Trial Court
Probate and Family Court Department

**MOTION FOR**

VANETTEN, SHELLEY,
Plaintiff/Petitioner

v.

VAN ETTEN, GREGORY J.,
Defendant/Respondent

VACATE VOID JUDGEMENT

FILED
AUG – 5 2024
AMS

Now comes __Gregory Alvin James Van Etten__ , ○ Plaintiff ● Defendant ○ Petitioner ○ Respondent ,
(name of moving party)

in this action who requests:

Given that the Worcester Probate and Family Court never had personal or subject matter jurisdiction as supported by affidavit: that the order of support is now void, reserving my right to pursue further action and remedy, pursuant to Title 42 U.S.C. Section 1983 - Civil action for deprivation of rights, in district court for the crimes here committed I demand the following relief:

By Affidavit of facts evidence shows this administrative court lacks personal jurisdiction over the alleged defendant, who is a free citizen of the state and thereby must dismiss this matter with prejudice.

All support orders in the case: WO07D1562DV1 are vacated declared NULL and VOID ab initio

That the entire record of the case be removed from public record and sealed as private and preserved as evidence of the crimes soon to be brought to district court.

Date __August 2, 2024__

_(Signature of attorney or plaintiff, if pro se)_

**Gregory Alvin James Van Etten**
(Print name)

c/o: **1530 P B LN #V1425**
(Street address)

**Witchita Falls** **Texas** **[76302]**
(City/Town) (State) (Zip)

Tel. No. **301-820-5302**

B.B.O. # _____

### NOTICE OF HEARING

This motion will be heard at the Probate and Family Court

In _____
  (city)

on _____
  (month/day/year)

at _____
  (time of hearing)

(104)

The within motion is hereby ○ ALLOWED ☒ DENIED

Date __8-15-24__

_Justice of the Probate and Family Court_

102 ⅜

CS 8/19/24

C LD 400 (4/07)

| Division | Worcester | | Docket No. | WO07D1562DV1 |

# MOTION FOR

VACATE VOID JUDGEMENT

Dated: **August 2, 2024**

## CERTIFICATE OF SERVICE

I hereby certify that I have delivered a copy of this motion to:

**Shelley Van Etten**
(name of party or attorney of record)

| **65 South Street** | **Ware** | **MA** | **01082** |
|---|---|---|---|
| (Address) | (City/Town) | (State) | (Zip) |

By ○ delivery in hand _____ at _____ ○ AM  ○ PM
              (date of delivery)      (time)

● mailing (postage paid on) **August 2, 2024**
                            (date of mailing)

_Gregory Alvin Jesse Van Etten_
(signature)