# Exhibit 14

# 2485CV00026 In the Matter of: Van Etten, Gregory J

- Case Type:
- Miscellaneous Civil Actions
- Case Status:
- Open
- File Date
- 01/08/2024
- DCM Track:
- X - Accelerated
- Initiating Action:
- Prisoner Habeas Corpus
- Status Date:
- 01/08/2024
- Case Judge:
- 
- Next Event:

| All Information | Party | Event | Tickler | Docket | Disposition |

## Party Information

**Van Etten, Gregory J**
- Petitioner

| Alias | Party Attorney |
|---|---|
|  | Attorney |
|  | Pro Se |
|  | Bar Code |
|  | PROPER |
|  | Address |
|  | Phone Number |

[More Party Information](#)

**Child Support Enforcement Division Massachusetts Department of Revenue**
- Subject

| Alias | Party Attorney |
|---|---|

[More Party Information](#)

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 02/08/2024 10:00 AM | Criminal 3 | WOR-3rd FL, CR 17 (SC) | Conference to Review Status | Wrenn, Hon. Daniel M | Held as Scheduled |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Judgment | 01/08/2024 | 01/07/2025 | 365 | 02/26/2024 |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr | Image Avail. |
|---|---|---|---|
| 01/08/2024 | Case assigned to: DCM Track X - Accelerated was added on 01/08/2024 | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 01/08/2024 | Attorney appearance<br>On this date Pro Se added for Petitioner Gregory J. Vanetten | | |
| 01/08/2024 | Case transferred from another court.<br><br>Case Transferred from Supreme Judicial Court (Docket Number: SJ-2023-0477)<br><br>(Wendlandt, J.)<br><br>Judge: ....., ....... ..<br><br>(On Petition of Writ of Habeas Corpus) | | |
| 01/08/2024 | Petitioner Gregory J Van Etten's Petition for<br>a Writ of Habeas Corpus (probate court Case No. WO07D1562DV1, filed in the Supreme Judicial Court Docket No SJ-2023-0477) | | Image |
| 01/18/2024 | General correspondence regarding LETTER TO GERORY VANETTEN<br>The issue of the fee waiver remains outstanding. Enclosed for your attention, to be returned to this court for determination, is an Inmate's Affidavit of Indigency and Request for Waiver of Normal Fees and Costs. Upon Completion, please direct it to my attention.<br>Also enclosed is a summons which you will need yo have served upon the Massachusetts Department of Revenue because they are the named respondent in your action.<br><br>See attached Correspondence<br><br>(Paul Mullan, First Assistant Clerk Magistrate)<br><br>mailed to plaintiff 01/18/2024. | 1 | Image |
| 01/30/2024 | Plaintiff Gregory J. Vanetten's Notice to<br>the Court<br>[E-FILED] | 2 | Image |
| 01/30/2024 | Certificate of Service<br>[E-FILED] | 2.1 | Image |
| 01/30/2024 | Attorney appearance<br>On this date Pro Se added for Petitioner Gregory J Van Etten | | |
| 02/01/2024 | Plaintiff Gregory J Van Etten's Motion for<br>Remote Hearing<br>(E-FILED) | 3 | Image |
| 02/02/2024 | Pleading titled, Notice to Court, filed with the court on 02/02/2024, returned to Pro Se Gregory J Van Etten<br>Original Already E-FILED (In RE: #2) | | Image |
| 02/02/2024 | Plaintiff Gregory J Van Etten's Notice to<br>the Court Under Federal Rules of Evidence 201(D)<br>(E-FILED) | 4 | Image |
| 02/02/2024 | Plaintiff Gregory J Van Etten's Submission of<br>Correspondence to Paul Mullan, First Assistant Clerk Magistrate dated 2/2/2024<br>(E-FILED) | 5 | Image |
| 02/05/2024 | General correspondence regarding Pleading titled "CAUTION ! LAWFUL NOTICE TO THE COURT Denial of Rights Under Color of Law<br>NOTICE TO AGENT IS NOTICE TO PRINCIPALS;<br>NOTICE TO PRINCIPAL IS NOTICE TO AGENTS" | | Image |
| 02/08/2024 | Endorsement on Motion for Remote Hearing (#3.0): ALLOWED<br>ZOOM #: 160 1344 3856<br><br>Judge: Wrenn, Hon. Daniel M | | |
| 02/08/2024 | Event Result::  Conference to Review Status scheduled on:<br>    02/08/2024 10:00 AM<br>Has been: Held as Scheduled<br>Comments: FTR<br>Hon. Daniel M Wrenn, Presiding<br>Staff:<br>    Gregory Benoit, Assistant Clerk Magistrate<br>    Jorge Villali, Assistant Clerk Magistrate | | |
| 02/08/2024 | Plaintiff Gregory J Van Etten's Notice to<br>Court Under Federal Rules of Evidence 201(D) | 6 | Image |
| 02/08/2024 | Plaintiff Gregory J Van Etten's Submission of<br>Order to Clerk of Courts | 7 | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 02/23/2024 | Endorsement on Petition for a Writ of Habeas Corpus Under M.G.L. Ch.248 Section 1: Other action taken;<br>Case is dismissed. See 2/8/24 order signed on 2/23/24<br><br>Notices Sent 2/26/24<br><br>Judge: Wrenn, Hon. Daniel M | | Image |
| 02/26/2024 | ORDER: Order After Hearing on February 8, 2024<br>(See Attached Order)<br>Entered and Copies Mailed 2/26/24 | 8 | Image |
| 02/26/2024 | General correspondence regarding Motion for Remote Hearing<br>(Hearing already held on 2/8/24) | 9 | Image |
| 02/27/2024 | Notice of appeal filed (E-FILED)<br><br>Applies To: Van Etten, Gregory J (Petitioner)<br><br>(notices mailed 2/28/2024) | 10 | Image |
| 03/08/2024 | CD of Transcript of 02/08/2024 10:00 AM Conference to Review Status received from Ellen S. Kolman. | 11 | |
| 03/08/2024 | Pursuant to Mass. R. App. P. 8 (b)(3), the parties are hereby notified that all transcripts have been received by the clerk's office and that the record will be assembled pursuant to Mass. R. Civ. P. 9(e). | | |
| 03/13/2024 | Notice of assembly of record sent to Counsel | 12 | Image |
| 03/13/2024 | Docket Note: Assembly of record on appeal transmitted to Appeals Court (11723) | | |
| 06/04/2024 | Court received Notice of Failure to Enter Appeal Timely related to appeal | 13 | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Dismissed | 02/26/2024 | |