# Exhibit 15

```
 1    (Court in session.)
 2    (Excerpt begins at 10:29:30.)
 3        THE COURT:  All right.  Thank you both for your
 4    presentations.  I am going to try and expedite this as best I
 5    can.
 6        Having reviewed the materials, including the order from the
 7    SJC, which -- not a criticism of them, but they didn't really
 8    provide us with any guidance as to why it was sent here.
 9        My interpretation is we were required to hold a hearing on
10    the issue of waiver of a filing fee and/or indigency of the
11    plaintiff.
12        Having held that hearing, I find that the plaintiff has
13    refused to provide any financial information.  He has refused to
14    sign and fill out the requisite affidavit of indigency.  So the
15    Court has no information from which to conclude that the
16    defendant -- excuse me -- the plaintiff is indigent.  So I do
17    not find him indigent.  I do not waive the filing fee.
18        And because the plaintiff has indicated that he will not
19    provide this information, I'm going to dismiss the case based on
20    the refusal of the plaintiff to provide the requisite
21    information and his likewise refusal to file the requisite
22    filing fee.
23        I'm going to ask my clerk to burn a disc of this hearing,
24    and I will sign it as the reasons for the dismissal.  Thank you
25    both.  That concludes the hearing.
```

Entered and Copies Mailed _____

1        MR. DENHAM:  Thank you, your Honor.
 2        THE CLERK:  So ordered, your Honor.
 3   (Hearing concluded at 10:31 a.m.)
 4
 5
 6
 7   _____          2-27-24
 8   Daniel M. Wrenn,                        Date
 9   Regional Administrative Justice

Volume: 1 of 1
Pages: 1-3
Exhibits: None

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                    SUPERIOR COURT DEPARTMENT
                                  OF THE TRIAL COURT

* * * * * * * * * * * * * * * * *
                                *
                                *
                                *
IN THE MATTER OF:               *   Docket No. 2485CV00026
GREGORY J. VAN ETTEN            *
                                *
                                *
                                *
* * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE PROCEEDINGS
BEFORE THE HONORABLE DANIEL M. WRENN
Proceedings held via videoconference
Excerpt of the proceedings

For the Petitioner:
Gregory J. Van Etten, Pro Se

For the Massachusetts Department of Revenue:
Department of Revenue, Child Support Enforcement
P.O. Box 9561
Worcester, Massachusetts 02114
By: Michael Denham, Esq.

Worcester, Massachusetts
Courtroom 17
February 8, 2024

Jennifer Witaszek, CER, CET
Approved Court Transcriber