# Exhibit 16

# SUPREME JUDICIAL COURT
## for Suffolk County
## Case Docket

### CHILD SUPPORT ENFORCEMENT DIVISION MASSACHUSETTS DEPARTMENT OF REVENUE v. GREGORY J. VANETTEN
### THIS CASE CONTAINS IMPOUNDED MATERIAL OR PID
### SJ-2024-0115

## CASE HEADER

| | |
|---|---|
| Case Status | Decided: petition denied |
| Status Date | 04/12/2024 |
| Nature | Habeas Corpus c.248,s.35 |
| Entry Date | 04/04/2024 |
| Sub-Nature | Habeus Corpus Relief |
| Single Justice | Georges J. |
| TC Ruling | |
| TC Ruling Date | |
| SJ Ruling | |
| TC Number | |
| Pet Role Below | |
| Full Ct Number | |
| Lower Court | Worcester Probate & Fam |
| Lower Ct Judge | Gregory V. Roach, J. |

## INVOLVED PARTY

**Gregory J. Van Etten**
Pro Se Defendant/Petitioner

**Child Support Enforcement Division MA Department of Revenue**
Respondent

## ATTORNEY APPEARANCE

## DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 04/04/2024 | | Case entered. |
| 04/04/2024 | | Filing fee paid. ($315) |
| 04/04/2024 | | New E-Filed Case Cover Sheet filed. |
| 04/04/2024 | #1 | Petition For a Writ of Habeas Corpus under M.G.L.c. 248 Section 1 and Section 35 with Verification, filed by Gregory Alvin James Van Etten, pro se. |
| 04/04/2024 | #2 | Letter to Clerk of Court from Gregory Alvin James Van Etten, pro se. |
| 04/05/2024 | #3 | Exhibit # 1, filed by Gregory Alvin James Van Etten, pro se. |
| 04/05/2024 | #4 | Exhibit #2, filed by Gregory Alvin James Van Etten, pro se. |
| 04/05/2024 | #5 | Notice to Court Under Federal Rules of Evidence 201(D) with Verification, filed by Gregory Alvin James Van Etten, pro se. |
| 04/05/2024 | #6 | (IMPOUNDED) Exhibit #4, filed by Gregory Alvin James Van Etten, pro se, is IMPOUNDED Pursuant to S.J.C. Rule 1:24 Protection of Personal Identifying Information. |
| 04/05/2024 | #7 | Exhibit #3 filed by Gregory Alvin James Van Etten, pro se. |
| 04/05/2024 | #8 | (IMPOUNDED) Exhibit #5, filed by Gregory Alvin James Van Etten, pro se, is IMPOUNDED Pursuant to S.J.C. Rule 1:24 Protection of Personal Identifying Information. |
| 04/08/2024 | #9 | eNotice and Email to Gregory James VanEtten re: service of process and enclosing sample certificate of service. |
| 04/08/2024 | #10 | Lawful Notice to the Court with Verification, filed by Gregory Alvin James Van Etten, pro se. |
| 04/09/2024 | | Under advisement. (Georges, J.). |

| | | |
|---|---|---|
| 04/10/2024 | #11 | JUDGMENT: "This matter came before the Court, Georges, J., on a pleading entitled, "Petition for a Writ of Habeas Corpus Under M.G.L. c. 248, §§ 1 and 35", filed by Gregory J. Van Etten, pro se. A similar petition was filed in this Court on November 29, 2023. That matter was transferred to Worcester Superior Court, pursuant to G. L. c. 211, § 4A. See docket number SJ-2023-0477 and Worcester Superior Court docket number 2485CV00026. The petitioner is a party in a divorce complaint in Worcester Probate and Family Court, docket number WO07D1562DV1. The petitioner, per an order of the Probate and Family Court, pays child support through the Massachusetts Department of Revenue. Massachusetts General Law chapter 248, section 1, states, "Whoever is imprisoned or restrained of his liberty may, as of right and of course, prosecute a writ of habeas corpus, according to this chapter, to obtain release from such imprisonment or restraint, if it proves to be unlawful, unless--First, He has been committed for treason or felony, or on suspicion thereof, or as accessory before the fact to a felony, and the cause has been plainly expressed in the warrant of commitment. Second, He has been convicted or is in execution upon legal process, civil or criminal. Third, He has been committed on mesne process in a civil action in which he was liable to arrest and imprisonment, unless excessive and unreasonable bail was required.". Section 35 states, " No person shall be deprived of his liberty or held in custody by any person or in any place against his will or, if he is a minor, against the will of his parents, guardian or other person entitled to his custody, except by due process of law; but this section shall not apply to persons who have been legally convicted of crime and are serving sentence therefor.". The petitioner is a resident of the State of Texas. He is not entitled to such relief. This Court also notes a certificate of service to the Child Enforcement Division of the Massachusetts Department of Revenue was not filed by the petitioner.<br>Upon consideration, thereof, it is hereby **ORDERED,** that the petition be, and the same hereby is, **DENIED** without hearing." (Georges, J.) |
| 04/10/2024 | #12 | eNotice to Gregory J. Van Etten, pro se Re: P.# 11 filed. |
| 04/10/2024 | #13 | Paper Notice to Child Support Enforcement Division MA Department of Revenue, regarding paper #11 filed. |
| 04/10/2024 | #14 | MOTION to Reconsider Petition For a Writ of Habeas Corpus under G.L.c. 248, sec. 1 and sec. 35 with Verification, filed by Gregory Alvin James Van Etten, pro se. **(4/12/2024: "Per the within, MOTION is DENIED without hearing." (Georges, J.))** |
| 04/12/2024 | #15 | Petitioner's Mandatory Judicial Notice of Parameters of Judicial Immunity with Certificate of Service, filed by Gregory Alvin James Van Etten. |
| 04/12/2024 | | Motion Under Advisement. (Georges, J.). |
| 04/12/2024 | #16 | eNotice to Gregory J. Van Etten, pro se Re: P.# 14 filed. |

As of 09/19/2024 12:25pm