Gregory Alvin James Van Etten,

*Plaintiff,*

v.

Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division,

*Defendants.*

Case No. 4:24-cv-40113-MRG

## NOTICE REGARDING ECF NO. 106, NON-CONSENT TO MAGISTRATE JURISDICTION, AND DEMAND FOR ARTICLE III RULING ON ECF NO. 79

**Gregory Alvin James Van Etten**
**c/o: 1530 P B LN #V1425**
**Wichita Falls, Texas [76302]**
**ph: 301-820-5302**
**email: jim.vanetten@gmail.com**
**Plaintiff**
**Self-Represented**

Plaintiff Gregory Alvin James Van Etten respectfully submits this Notice in response to the Court's electronic order of **August 19, 2025** (ECF No. 106), referring this case to Magistrate Judge David H. Hennessy for "full pretrial [and] dispositive motions."

### 1. Non-Consent to Magistrate Jurisdiction

Plaintiff does not consent to disposition of ECF No. 79 or any other dispositive motion by a magistrate judge. Under **28 U.S.C. § 636(c)**, referral of dispositive motions requires consent of the parties. Absent consent, a magistrate may only issue a Report and Recommendation subject to de novo review by the assigned **Article III judge**. Plaintiff hereby gives notice that he withholds such consent.

### 2. Threshold Jurisdictional Defect Must Be Decided by an Article III Judge

**Plaintiff's pending Emergency Motion under Rule 60(b)(4) (ECF No. 79) presents a singular, jurisdiction-only defect: whether any valid service of process ever occurred in the underlying state proceedings. By established precedent, such a motion is mandatory and non-discretionary, because a judgment entered without personal jurisdiction is void ab initio**. *Peralta v. Heights Med. Ctr.*, 485 U.S. 80, 84–85 (1988); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350 (1999); *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94 (1998).

The motion does not ask this Court to re-adjudicate support or custody, but only to decide whether it has been enforcing orders that never acquired lawful force. **Continued refusal to decide ECF 79 compounds irreparable harm and creates the appearance that the Court is avoiding a threshold constitutional duty. Either the Court must recognize that no service occurred and the orders are void, or it must deny relief in the face of settled law. What it cannot do is delay indefinitely while ongoing seizures proceed under color of judgments that are void on their face.**

**A Rule 60(b)(4) motion implicates the Court's Article III duty to decide constitutional jurisdiction in the first instance; it is not a matter that may be delegated to a magistrate as a case-management function.**

### 3. Referral Does Not Cure Ongoing Harm

Referral to a magistrate does not satisfy the Court's duty to resolve the threshold jurisdictional defect. Ongoing seizures of wages and tax refunds proceed under color of orders that are void ab initio. Delay compounds irreparable harm and risks undermining confidence in Article III oversight of constitutional rights.

**Accordingly, Plaintiff respectfully notices that he does not consent to magistrate jurisdiction and demands that ECF No. 79 be resolved by the assigned Article III judge in the first instance.**

Respectfully,

*/s/ Gregory Alvin James Van Etten*

Gregory Alvin James Van Etten
c/o: 1530 P B LN #V1425
Wichita Falls, Texas [76302]
ph: 301-820-5302
email: jim.vanetten@gmail.com
Plaintiff
Self-Represented

**CERTIFICATE OF SERVICE**

I, Gregory Alvin James Van Etten, hereby certify that this document **"NOTICE RE-GARDING ECF NO. 106, NON-CONSENT TO MAGISTRATE JURISDICTION, AND DEMAND FOR ARTICLE III RULING ON ECF NO. 79"** filed through the CM/ECF system will be sent electronically to the registered participants in the Notice of Electronic Filing(NEF), and a copy was also sent to the Defendant's counsel Nigel Stevens (1st Cir. Bar No. 1218123), Assistant Attorney General, via email to his email address on record, nigel.stevens@mass.gov, on Wednesday 20th August, 2025.

/s/ *Gregory Alvin James Van Etten*

Gregory Alvin James Van Etten
c/o: 1530 P B LN #V1425
Wichita Falls, Texas [76302]
ph: 301-820-5302
email: jim.vanetten@gmail.com
Plaintiff
Self-Represented