# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Gregory Alvin James Van Etten,<br><br>*Plaintiff,*<br><br>v.<br><br>Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division,<br><br>*Defendants.* | Case No. 4:24-cv-40113-MRG |

# MOTION TO COMPEL PROMPT RULING ON PLAINTIFF'S RULE 60(b)(4) MOTION

**Gregory Alvin James Van Etten**
**c/o: 1530 P B LN #V1425**
**Wichita Falls, Texas [76302]**
**ph: 301-820-5302**
**email: jim.vanetten@gmail.com**
**Plaintiff**
**Self-Represented**

# MOTION TO COMPEL PROMPT RULING ON PLAINTIFF'S RULE 60(b)(4) MOTION

Plaintiff Gregory Alvin James Van Etten, pro se, respectfully moves this Court to compel a prompt ruling on his pending Emergency Motion for Relief from Judgment under **Rule 60(b)(4)** (ECF No. 79).

This motion is procedural in nature. It does not seek merits relief. It requests that the Court decide the threshold jurisdictional issue of valid service, raised under Rule 60(b)(4), before addressing any merits defenses or dispositive motions. Nearly one year has passed since Plaintiff first raised this jurisdictional defect, and each day of delay magnifies ongoing constitutional injury.

Defendants have failed to produce certified service records despite repeated requests, and Plaintiff has now had to move to compel their production (ECF No. 105). This further underscores the urgency of a prompt ruling on ECF No. 79.

A supporting memorandum of law is filed contemporaneously herewith, which documents both Defendants' refusal to confer under Local Rule 7.1 and the Clerk's Office's procedural nonresponsiveness to Plaintiff's inquiries.

Plaintiff further preserves his non-consent to magistrate jurisdiction under **28 U.S.C. § 636(c)**, noting that only an Article III judge may enter final judgment on a dispositive Rule 60(b)(4) motion.

**Local Rule 7.1(a)(2) Certification**

Plaintiff certifies that, pursuant to Local Rule 7.1(a)(2), he contacted opposing counsel by email on August 18, 2025, to request assent to this motion. Counsel did not assent.

**Request for Relief**

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Compel a prompt ruling on ECF No. 79 before considering any merits defenses or dispositive motions; and

2. Grant such further relief as may be just and proper.

Respectfully submitted,

*/s/ Gregory Alvin James Van Etten*

Gregory Alvin James Van Etten
c/o: 1530 P B LN #V1425
Wichita Falls, Texas [76302]
ph: 301-820-5302
email: jim.vanetten@gmail.com
Plaintiff
Self-Represented

## CERTIFICATE OF SERVICE

I, Gregory Alvin James Van Etten, hereby certify that this document **"MOTION TO COMPEL PROMPT RULING ON PLAINTIFF'S RULE 60(b)(4) MOTION"** filed through the CM/ECF system will be sent electronically to the registered participants in the Notice of Electronic Filing(NEF), and a copy was also sent to the Defendant's counsel Nigel Stevens (1st Cir. Bar No. 1218123), Assistant Attorney General, via email to his email address on record, nigel.stevens@mass.gov, on Thursday 21st August, 2025.

/s/ *Gregory Alvin James Van Etten*

Gregory Alvin James Van Etten
c/o: 1530 P B LN #V1425
Wichita Falls, Texas [76302]
ph: 301-820-5302
email: jim.vanetten@gmail.com
Plaintiff
Self-Represented