# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Gregory Alvin James Van Etten, *Plaintiff*, v. Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division, *Defendants*. | Case No. 4:24-cv-40113-MRG |

# [PROPOSED] ORDER ON MOTION TO COMPEL PROMPT RULING ON PLAINTIFF'S RULE 60(b)(4) MOTION

**Gregory Alvin James Van Etten
c/o: 1530 P B LN #V1425
Wichita Falls, Texas [76302]
ph: 301-820-5302
email: jim.vanetten@gmail.com
Plaintiff
Self-Represented**

# [PROPOSED] ORDER ON MOTION TO COMPEL PROMPT RULING ON PLAINTIFF'S RULE 60(b)(4) MOTION

Plaintiff has moved for an order compelling prompt resolution of his pending Emergency Motion for Relief from Judgment under Fed. R. Civ. P. 60(b)(4) (ECF No. 79). The Court finds that:

1. The validity of service of process is a threshold jurisdictional issue that must be resolved before addressing any defenses or dispositive motions. *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94–95 (1998).

2. Defendants have failed to produce certified copies of the purported service documents despite repeated requests, necessitating Plaintiff's Emergency Motion to Compel Limited Jurisdictional Production (ECF No. 105).

3. Plaintiff has preserved his non-consent to magistrate jurisdiction pursuant to 28 U.S.C. § 636(c), and final disposition of a Rule 60(b)(4) motion must be entered by an Article III judge.

4. Further delay risks compounding ongoing and irreparable constitutional injury.

Accordingly, it is hereby ORDERED:

1. Plaintiff's Motion to Compel Prompt Ruling is GRANTED.

2. The Court shall decide Plaintiff's pending Emergency Rule 60(b)(4) Motion (ECF No. 79) as a threshold matter, before considering any dispositive motions or defenses that presuppose jurisdiction.

3. No further briefing on the merits of other motions shall be required or considered until the Rule 60(b)(4) motion is resolved.

4. Further delay risks compounding ongoing and irreparable constitutional injury, as each day of enforcement under a void judgment magnifies Plaintiff's financial and reputational harm.

SO ORDERED.

Dated:

Margaret R. Guzman

United States District Judge