# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**Gregory Alvin James Van Etten, Plaintiff**

v.

**Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division, Defendants**

**Case No. 4:24-cv-40113-MRG**

# EXHIBIT A

## Order for Service by Publication

Date: 07/18/2007

---

**Description:** Marked "COPY"; return blank; no proof of publication/mailing filed.

*Filed in Support of:*

**EMERGENCY MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF'S OBJECTION (DKT. 117) WITH CERTIFIED RECORDS UNARGUABLY DEMONSTRATING FRAUD ON THE COURT AND VOID SERVICE**

*Prepared by:*

Gregory Alvin James Van Etten- Self-Represented

c/o: 1530 P B LN #V1425, Wichita Falls, Texas [76302]

ph: 301-820-5302 - email: jim.vanetten@gmail.com

# Commonwealth of Massachusetts
### The Trial Court

Worcester Division    Probate and Family Court Department    Docket No. 07D1562DV1

## ORDER FOR SERVICE BY PUBLICATION

_____ Shelley VanEtten _____ , Plaintiff

v.

_____ Gregory James VanEtten _____ , Defendant

Upon motion of plaintiff for an order directing _____ Gregory James VanEtten _____ the defendant herein, to appear, plead, or answer, in accordance with Mass.R.Civ. P./Mass.R.Dom.Rel.P. Rule 4, it appearing to the Court that this is an action for ☒ divorce ☐ separate support.

Pursuant to Supplemental Probate Court Rule 411, an Automatic Restraining Order has been entered against the above named parties, and that the said defendant cannot be found within the Commonwealth and that his/her present whereabouts are unknown; that personal service on said defendant is therefore not practicable, and that said defendant has not voluntarily appeared in this action:

It is **Ordered** that said defendant is directed to appear, plead, answer, or otherwise move with respect to the complaint herein on or before the __eighteenth__ day of __October__ , 20 _07_ . If you fail to do so this Court will proceed to a hearing and adjudication of this matter.

It is further **Ordered** that the accompanying summons be published once a week for three consecutive weeks in the _____ Barre Gazette _____ ,

a newspaper published in _____ Barre _____ ,
(include mailing address of newspaper)

the publication to be __seven__ days at least before said return day. It is further **Ordered** that a copy of the summons be mailed to the defendant at his/her last known address by registered or certified mail.

Date __July 18, 2007__      _____ Joseph L. Hart, Jr. _____
                                           Justice of Probate and Family Court

### RETURN OF SERVICE

I hereby certify under the penalties of perjury that I have complied with the order of notice by:

☐ mailing — certified — registered — a copy of the summons as ordered and,

☐ causing the citation to be published in the _____

Publication was on _____ which was at least _____ days/months before said return day.

Date _____ Signed _____

**NOTE:** *Proof of service must be made in compliance with Mass.R.Civ. P./Mass.R.Dom.Rel.P. Rule 4 and may be made on this form. This form is to be used for actions for divorce or for separate support ONLY.*

CJ-D 111A (12/00)



A TRUE COPY
ATTEST: L. Freeman
REGISTER