# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**Gregory Alvin James Van Etten, Plaintiff**

v.

**Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division, Defendants**

**Case No. 4:24-cv-40113-MRG**

# EXHIBIT B

## Summons by Publication (CJ-D 112A)

Date: 07/18/2007

---

**Description:** Marked "COPY"; incomplete; no return filed.

*Filed in Support of:*

**EMERGENCY MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF'S OBJECTION (DKT. 117) WITH CERTIFIED RECORDS UNARGUABLY DEMONSTRATING FRAUD ON THE COURT AND VOID SERVICE**

*Prepared by:*

Gregory Alvin James Van Etten- Self-Represented

c/o: 1530 P B LN #V1425, Wichita Falls, Texas [76302]

ph: 301-820-5302 - email: jim.vanetten@gmail.com

# Commonwealth of Massachusetts
## The Trial Court

__Worcester__ Division     Probate and Family Court Department     Docket No. __07D1562DV1__

## Divorce/Separate Support Summons By Publication

__Shelley VanEtten__ , Plaintiff

v.

__Gregory James VanEtten__ , Defendant

To the above named Defendant:

A Complaint has been presented to this Court by the Plaintiff, __Shelley VanEtten__

_____ , seeking __Complaint for Divorce__

An Automatic Restraining Order has been entered in this matter preventing you from taking any action which would negatively impact the current financial status of either party. Please refer to Supplemental Probate Court Rule 411 for more information.

You are required to serve upon __Paige Firment__

- plaintiff - attorney for plaintiff - whose address is __41 Elm Street__

__Worcester, MA  01609__

your answer on or before __October 18__ , 20 __07__ . If you fail to do so, the court will proceed to the hearing and adjudication of this action. You are also required to file a copy of your answer in the office of the Register of this Court at __Worcester__ .

Witness, __Joseph L. Hart, Jr.__ , Esquire, First Justice of said Court at __Worcester__ , this __18th__ day of __July__ , 20 __07__ .

_Stephen G. Abraham_
__Register of Probate Court__

NOTE: This form is to be used for actions for divorce or for separate support only.

CJ-D 112A (12/00)      ORIGINAL RETURN TO PROBATE COURT

A TRUE COPY:
ATTEST: E. Freeman
Stephanie E. Freeman
REGISTER