# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**Gregory Alvin James Van Etten, Plaintiff**

v.

**Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division, Defendants**

**Case No. 4:24-cv-40113-MRG**

# EXHIBIT C

# Plaintiff's Motion for Service by Publication

Date: 07/16/2007

---

**Description:** Stamped "ALLOWED – DENIED," neither circled; ambiguous.

*Filed in Support of:*

**EMERGENCY MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF'S OBJECTION (DKT. 117) WITH CERTIFIED RECORDS UNARGUABLY DEMONSTRATING FRAUD ON THE COURT AND VOID SERVICE**

*Prepared by:*

Gregory Alvin James Van Etten- Self-Represented

c/o: 1530 P B LN #V1425, Wichita Falls, Texas [76302]

ph: 301-820-5302 - email: jim.vanetten@gmail.com

# Commonwealth of Massachusetts
## THE TRIAL COURT
## PROBATE AND FAMILY COURT DEPARTMENT

**WORCESTER DIVISION**                     **DOCKET #07D-1562-DV1**

Filed 7/16/07

Shelley VanEtten,

           PLAINTIFF

     v.

Gregory James VanEtten,

           DEFENDANT

## PLAINTIFF'S MOTION FOR SERVICE BY PUBLICATION

NOW COMES Plaintiff, Shelley VanEtten, in the above-captioned matter and respectfully moves this Honorable Court for permission to serve the Defendant by publication on the grounds that attempts have been made to serve him in hand in Massachusetts but the Defendant has been out of state since he was served with a 209A Restraining Order and there is a substantial likelihood that he will not return to Massachusetts in the near future.

Dated: July 16, 2007

Respectfully submitted.

Shelley VanEtten,
By her Attorney,

Paige Dunmire Firment, Esquire
Attorney for Plaintiff
Paige Dunmire Firment, Esquire
41 Elm Street
Worcester, Massachusetts 01609
BBO# 138010

Phone: 508-754-9242 / Fax: 508-791-4554

MOTION ALLOWED-DENIEL
JUDGE OF PROBATE COURT
July 16, 2007



A TRUE COPY:
ATTEST:
REGISTER