# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**Gregory Alvin James Van Etten, Plaintiff**

v.

**Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division, Defendants**

**Case No. 4:24-cv-40113-MRG**

# EXHIBIT D

## Plaintiff 's Ex Parte Motion for Temporary Orders

Date: 07/03/2007

---

**Description:** Issued before service; order stamped and signed with blanks.

*Filed in Support of:*

**EMERGENCY MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF'S OBJECTION (DKT. 117) WITH CERTIFIED RECORDS UNARGUABLY DEMONSTRATING FRAUD ON THE COURT AND VOID SERVICE**

*Prepared by:*

Gregory Alvin James Van Etten- Self-Represented

c/o: 1530 P B LN #V1425, Wichita Falls, Texas [76302]

ph: 301-820-5302 - email: jim.vanetten@gmail.com

# Commonwealth of Massachusetts
## THE TRIAL COURT
### PROBATE AND FAMILY COURT DEPARTMENT

WORCESTER DIVISION

DOCKET # 07D152DV1

*Filed July 3, 2007*

Shelley VanEtten,

      PLAINTIFF

    v.

Gregory James VanEtten,

      DEFENDANT

## PLAINTIFF'S EXPARTE MOTION FOR TEMPORARY ORDERS

NOW COMES Plaintiff, Shelley VanEtten, in the above-captioned matter and respectfully moves this Honorable Court enter Ex Parte Temporary Orders as follows:

1. That the Plaintiff have legal and physical custody of the parties' children.
2. That the Defendant have no contact with the children until there is a further order of court.
3. That the Defendant be ordered to pay ~~child support~~ *$250 a week* to the Plaintiff through DOR/CSE based on his unemployment compensation in an amount to be determined by the court.
4. That the Defendant's firearms and FID card be turned over to the Hardwick Police Department. *and pistol permit as well.*
5. That the Defendant be restrained from transferring, liquidating or withdrawing any funds from the Hanover Insurance Cash Balance Pension Plan in his name during the pendancy of this action.
6. That the court enter such further orders as it deems equitable and just.

Dated: July 2, 2007

Respectfully submitted.

Shelley VanEtten,
By her Attorney,

*Motion allowed*
*7-3-07*
*Rinaldu King*

Paige Dunmire Firment, Esquire
Attorney for Plaintiff
Paige Dunmire Firment, Esquire
41 Elm Street
Worcester, Massachusetts 01609
BBO# 138010

Phone: 508-754-9242 / Fax: 508-791-4554

A TRUE COPY:
ATTEST:
Stephanie K. Fussman
REGISTER



# Commonwealth of Massachusetts
## THE TRIAL COURT
### PROBATE AND FAMILY COURT DEPARTMENT

WORCESTER DIVISION               DOCKET #

Shelley VanEtten,

          PLAINTIFF

      v.

Gregory James VanEtten,

          DEFENDANT

## ORDER OF THE COURT RE

## PLAINTIFF'S EXPARTE MOTION FOR TEMPORARY ORDERS

AFTER HEARING and consideration of Plaintiff's Ex Parte Motion for Temporary Orders, it is hereby ordered that :

1. The Plaintiff shall have legal and physical custody of the parties' children.

2. The Defendant shall have no contact with the children until there is a further order of this court.

3. The Defendant shall pay the sum of $\_\_\_\_$ per week in child support through DOR/CSE.

4. The Defendant shall be enjoined from transferring, withdrawing or conveying any funds in his Hanover Insurance Co. Cash Balance Pension Plan.

5. The Defendant's firearms and FID card shall be turned over to the Hardwick Police Department forthwith.

Dated: _____          _____

                                     Justice
                                     Probate and Family Court

A TRUE COPY:
ATTEST:
Shephard E. Freeman
REGISTER

