# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**Gregory Alvin James Van Etten, Plaintiff**

v.

**Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division, Defendants**

**Case No. 4:24-cv-40113-MRG**

# EXHIBIT E

## Certified Docket Report (WO07D1562DV1)

Date: 07/03/2007

---

**Description:** Shows case disposed (01/22/2008) and disposed at conversion (02/21/2009); later filings invalid without new complaint/service.

*Filed in Support of:*

**EMERGENCY MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF'S OBJECTION (DKT. 117) WITH CERTIFIED RECORDS UNARGUABLY DEMONSTRATING FRAUD ON THE COURT AND VOID SERVICE**

*Prepared by:*

Gregory Alvin James Van Etten- Self-Represented

c/o: 1530 P B LN #V1425, Wichita Falls, Texas [76302]

ph: 301-820-5302 - email: jim.vanetten@gmail.com



# MASSACHUSETTS
## WORCESTER PROBATE AND FAMILY COURT
### Docket Report

**WO07D1562DV1 VanEtten, Shelley vs. VanEtten, Gregory J**

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Domestic Relations | **FILE DATE:** | 07/03/2007 |
| **ACTION CODE:** DO | | **CASE TRACK:** | |
| **DESCRIPTION:** Divorce other grounds | | | |
| **CASE DISPOSITION DATE:** 01/22/2008 | | **CASE STATUS:** | Active |
| **CASE DISPOSITION:** | Disposed | **STATUS DATE:** | 05/26/2009 |
| **CASE JUDGE:** | Melia, Jennifer | **CASE SESSION:** | |

## PARTIES

**Plaintiff**
VanEtten, Shelley
247 Collins Road
Ware, MA 01082

**Defendant**
VanEtten, Gregory J
1892 CHow CHow Drive
Finksburg, MD 21048

**Other**
Department of Revenue
40 Southbridge Street
Worcester, MA 01608

**Self Represented Litigant**     **PROPER**
Pro Se
Massachusetts Bar
Added Date: 03/06/2009

**Self Represented Litigant**     **PROPER**
Pro Se
Massachusetts Bar
Added Date: 02/25/2009

## FINANCIAL DETAILS

| Date | Fees/Fines/Costs/Charge | Assessed | Paid | Dismissed | Balance |
|---|---|---|---|---|---|
| 03/03/2010 | Unattested photocopies of court documents. <br><br> Receipt: 15950 Date: 03/03/2010 | 10.00 | 10.00 | 0.00 | 0.00 |
| 05/30/2012 | Unattested photocopies of court documents. <br><br> Receipt: 54605 Date: 05/30/2012 | 9.00 | 9.00 | 0.00 | 0.00 |
| 09/28/2022 | Attested Copy of Court Documents in Possession of Clerk, Register or Recorder MGL 262 s. 4b Receipt: 200625 Date: 09/28/2022 | 85.00 | 85.00 | 0.00 | 0.00 |
| 09/28/2022 | Unattested photocopies of court documents. Receipt: 200625 Date: 09/28/2022 | 1.00 | 1.00 | 0.00 | 0.00 |
| 11/07/2024 | Attested Copy of Court Documents in Possession of Clerk, Register or Recorder MGL 262 s. 4b Receipt: 229176 Date: 11/07/2024 | 15.00 | 15.00 | 0.00 | 0.00 |
| | **Total** | **120.00** | **120.00** | **0.00** | **0.00** |

A TRUE COPY:
ATTEST:
_Stephanie E. Freeman_
REGISTER



## INFORMATIONAL DOCKET ENTRIES

| Date | Ref | Description | Judge |
|------|-----|-------------|-------|
| 07/03/2007 | 1 | COMPLAINT FOR DIVORCE (COMPLAINT DISMISSED. DIVORCE GRANTED IN COUNTERCLAIM 01/22/2008. GREGORY V. ROACH,J .) | |
| 07/03/2007 | 2 | AFFIDAVIT DISCLOSING CARE AND CUSTODY PROCEEDINGS | |
| 07/03/2007 | 3 | AFFIDAVIT AS TO MILITARY SERVICE | |
| 07/03/2007 | 4 | SHELLEY VANETTEN 'S MOTION FOR TEMPORARY ORDERS FOR FILED BY PAIGE DUNMIRE FIRMENT | |
| 07/03/2007 | 5 | AFFIDAVIT OF PETITIONER FOR CUSTODY OF MINOR CHILDREN | |
| 07/03/2007 | 6 | CERTIFICATE OF MARRIAGE | |
| 07/03/2007 | 7 | CHILD SUPPORT GUIDELINES WORKSHEET | |
| 07/03/2007 | 8 | MOTION FOR TEMPORARY ORDERS ALLOWED. RONALD W. KING , J. ATTYS/PTYS ND 07/05/2007 | |
| 07/09/2007 | 9 | NOTICE OF TRACK ASSIGNMENT SENT 07/09/2007 | |
| 07/09/2007 | 10 | CONFERENCE scheduled on 11/6/2007 (NOT A HEARING DATE) | |
| 07/16/2007 | 11 | MOTION FOR SERVICE BY PUBLICATION | |
| 07/16/2007 | 12 | SHELLEY VANETTEN 'S AFFIDAVIT OF INDIGENCY | |
| 07/16/2007 | 13 | MOTION FOR SERVICE BY PUBLICATION ALLOWED . JOSEPH L HART, JR , J. ATTYS/PTYS ND | |
| 07/18/2007 | 14 | SUMMONS BY PUBLICATION ISSUED, RETURNABLE 10/18/2007 | |
| 07/18/2007 | 15 | ORDER FOR SERVICE BY PUBLICATION | |
| 08/15/2007 | 16 | SUMMONS ON DIVORCE FILED DATE OF SERVICE 08/13/2007 GREGORY JAMES VANETTEN | |
| 08/21/2007 | 24 | GREGORY JAMES VANETTEN 'S MOTION FOR TEMPORARY ORDERS FOR DIVORCE | |
| 08/21/2007 | 25 | MOTION, CONTESTED scheduled on 9/4/2007. | |
| 08/22/2007 | 17 | GREGORY JAMES VANETTEN 'S ANSWER AND COUNTERCLAIM FILED BY JON L REVELLI | |
| 08/22/2007 | 18 | GREGORY JAMES VANETTEN 'S MOTION FOR TEMPORARY ORDERS ON DIVORCE | |
| 08/22/2007 | 19 | MOTION, CONTESTED scheduled on 8/27/2007. | |
| 08/23/2007 | 20 | MOTION, CONTESTED scheduled on 8/27/2007 rescheduled for 9/4/2007. | |
| 08/27/2007 | 21 | SHELLEY VANETTEN 'S MOTION FOR TEMPORARY ORDERS ON DIVORCE | |
| 08/27/2007 | 22 | MOTION, CONTESTED scheduled on 9/4/2007. | |
| 08/27/2007 | 23 | SHELLEY VANETTEN 'S REQUEST FOR FINANCIAL STATEMENT OF DEFENDANT | |
| 09/04/2007 | 26 | SHELLEY VANETTEN 'S MOTION TO IMPOUND PLAINTIFF'S ADDRESS | |

A TRUE COPY:
ATTEST:
Stephanie K. Furman
REGISTER


| 09/04/2007 | 27 | FINANCIAL STATEMENT OF DEFENDANT GREGORY JAMES VANETTEN |
|---|---|---|
| 09/04/2007 | 28 | CHILD SUPPORT GUIDELINES WORKSHEET |
| 09/04/2007 | 29 | MOTION TO IMPOUND PLAINTIFF'S ADDRESS ALLOWED. GREGORY V. ROACH , J.   ATTYS/PTYS ND 09/12/2007 |
| 09/04/2007 | 30 | TEMPORARY ORDER ON DIVORCE . GREGORY V. ROACH , J.   ATTYS/PTYS ND 09/12/2007 |
| 09/13/2007 | 31 | PRETRIAL scheduled on 1/22/2008 before Judge Roach in Worcester at 9:00 a.m. |
| 09/13/2007 | 32 | SCHEDULING NOTICE FOR PRETRIAL - 01/22/2008 09:00 a.m. |
| 10/24/2007 | 33 | GREGORY JAMES VANETTEN   'S MOTION FOR FURTHER TEMPORARY ORDERS |
| 10/24/2007 | 34 | MOTION, CONTESTED scheduled on 11/19/2007. |
| 11/15/2007 | 35 | SHELLEY VANETTEN PLAINTIFF 'S MOTION TO CONTINUE MOTION FOR FURTHER TEMPORARY ORDER PAIGE DUNMIRE FIRMENT ATTY . |
| 11/15/2007 | 36 | MOTION, CONTESTED scheduled on 11/19/2007. |
| 11/23/2007 | 37 | GREGORY JAMES VANETTEN   'S MOTION FOR FURTHER TEMPORARY ORDERS |
| 11/23/2007 | 38 | MOTION, CONTESTED scheduled on 12/12/2007. |
| 12/12/2007 | 40 | FURTHER TEMPORARY ORDER ON DIVORCE . GREGORY V. ROACH , J.   ATTYS/PTYS ND 12/20/2007 |
| 12/14/2007 | 39 | PRETRIAL scheduled on 3/14/2008. |
| 01/10/2008 | 41 | SHELLEY VANETTEN PLAINTIFF 'S MOTION FOR FURTHER TEMPORARY ORDERS |
| 01/16/2008 | 42 | MOTION, CONTESTED scheduled on 12/12/2007 rescheduled for 1/28/2008. |
| 01/22/2008 | 43 | GREGORY JAMES VANETTEN   'S MOTION TO AMEND COUNTERCLAIM |
| 01/22/2008 | 44 | GREGORY JAMES VANETTEN   'S MOTION TO WAIVE PARTICIPATION IN THE PARENT EDUCATION PROGRAM |
| 01/22/2008 | 45 | FINANCIAL STATEMENT OF PLAINTIFF SHELLEY VANETTEN |
| 01/22/2008 | 46 | FINANCIAL STATEMENT OF DEFENDANT GREGORY JAMES VANETTEN |
| 01/22/2008 | 47 | CHILD SUPPORT GUIDELINES WORKSHEET |
| 01/22/2008 | 48 | CHILD SUPPORT GUIDELINES WORKSHEET |
| 01/22/2008 | 49 | MOTION TO AMEND COUNTERCLAIM ALLOWED. GREGORY V. ROACH , J.   ATTYS/PTYS ND 02/08/2008 |
| 01/22/2008 | 50 | MOTION TO WAIVE PARTICIPATION IN PARENT EDUCATION CLASS ALLOWED. GREGORY V. ROACH , J.   ATTYS/PTYS ND 02/08/2008 |
| 01/22/2008 | 51 | JUDGMENT OF DIVORCE NISI IN COUNTERCLAIM DATED 01/22/2008 . GREGORY V. ROACH , J.   ATTYS/PTYS ND 02/08/2008 |
| 01/15/2009 | 52 | SHELLEY VANETTEN   'S COMPLAINT FOR CONTEMPT FROM JUDGMENT DATED 01/22/2008 , RETURNABLE 02/23/2009 .  , FOR PLAINTIFF |

A TRUE COPY:
ATTEST:
Stephanie K. Freeman
REGISTER

A TRUE COPY:
ATTEST:
Stephanie K. Freeman
REGISTER


| 01/15/2009 | 55 | SHELLEY VANETTEN   'S AFFIDAVIT OF INDIGENCY |
| 01/16/2009 | 53 | CONTEMPT RETURNABLE scheduled on 2/23/2009. |
| 01/16/2009 | 54 | SUMMONS ISSUED ON CONTEMPT FILED 01/15/2009 , RETURNABLE 02/23/2009 |
| 01/21/2009 | 56 | GREGORY JAMES VANETTEN   'S COMPLAINT FOR MODIFICATION OF JUDGMENT DATED 01/22/2008 .    PRO SE |
| 01/21/2009 | 57 | SUMMONS ISSUED |
| 01/21/2009 | 58 | NOTICE OF TRACK ASSIGNMENT SENT 01/21/2009 |
| 01/21/2009 | 59 | CONFERENCE scheduled on 5/21/2009. (NOT A HEARING DATE) |
| 02/21/2009 | | Informational docket entry: Converted Case from BasCOT - P&F on 02/21/2009 |
| 02/21/2009 | | Case disposed at conversion on 02/21/2009 |
| 02/23/2009 | 62 | FINANCIAL STATEMENT |
| 02/23/2009 | 63 | FINANCIAL STATEMENT |
| 02/23/2009 | 64 | Notice of Appearance of Shelley VanEtten , Pro Se<br><br><br><br>SHELLEY VAN ETTEN |
| 02/25/2009 | 60 | Subsequent Action for Modification filed |
| 02/25/2009 | | Track Assignment Notice<br><br>Sent on:  25-feb-09 08:09:58 |
| 02/25/2009 | | Summons Issued on Complaint for Modification |
| 02/25/2009 | 61 | Motion for Temporary Orders on Modification filed 2/24/2009 |
| 02/26/2009 | | Summons issued on complaint for Modification. |
| 03/05/2009 | 66 | Subsequent Action Contempt Filed |
| 03/05/2009 | 67 | Summons Filed, Date of Service 03/02/2009<br><br>(shelley A. VanEtten) |
| 03/09/2009 | 68 | Notice of Appearance of Shelley VanEtten, Pro Se |
| 03/09/2009 | 69 | Notice of Appearance of Gregory J VanEtten, Pro Se |
| 03/09/2009 | 70 | FINANCIAL STATEMENT of Gregory VanEtten |

A TRUE COPY:
ATTEST:

Stephanie K. Farmer

REGISTER


| | | | |
|---|---|---|---|
| 03/23/2009 | 65 | Notice of Appearance of Gregory James VanEtten, Pro Se | |
| | | Gregory Van Etten | |
| 03/26/2009 | 75 | Subsequent Action for Modification filed | |
| 03/30/2009 | 71 | Motion Temporary Orders on Complaint for Modification Denied 03/09/2009 | Roach |
| 03/30/2009 | 72 | Judgment on Contempt (filed 01/15/2009) dated 03/20/2009 | Roach |
| 05/14/2009 | 73 | Pre-Trial Notice and Order Sent | Roach |
| | | Event: Pretrial Conference Domestic and Equity | |
| | | Date: 06/16/2009  Time: 09:00 AM<br>Result: Event Held | |
| 05/14/2009 | 74 | Judgment/Decree of Dismissal on Subsequent Action Dated 4-6-2009 on Complaint for Contempt filed 3-5-2009 | Roach |
| 05/26/2009 | | Track assignment notice issued. | |
| | | Track Assignment Notice | |
| | | Sent on:  26-may-09 10:37:01 | |
| 05/26/2009 | | Summons issued on complaint for Modification. | |
| 06/08/2009 | 76 | Summons Filed, Date of Service 06/03/2009 | |
| | | on Modification Shelley Van Etten | |
| 06/16/2009 | 77 | Financial Statement of Shelley Van Etten | |
| 06/16/2009 | 78 | Child Support Guidelines Worksheet | |
| 06/25/2009 | 79 | Judgment of Dismissal on Subsequent Action Modification filed 01/21/2009 dated 06/16/2009 | Roach |
| 06/25/2009 | 80 | Judgment of Dismissal on Subsequent Action Modification filed 04/26/2009 dated 06/16/2009 | Roach |
| 06/25/2009 | 81 | Order After Review Hearing on Contempt filed 01/15/2009 dated 06/16/2009 | Roach |
| 06/25/2009 | 82 | Judgment of Modification (filed 02/24/2009) dated 06/16/2009 | Roach |
| 01/14/2010 | 84 | Subsequent Action for Modification filed | |
| 04/09/2010 | 83 | Summons Filed, Date of Service 03/27/2010 | |
| | | ON A COMPLAINT FOOR MODIFICATION SERVED ON SHELLY A . VAN ETTEN | |
| 05/26/2010 | 85 | Notice of Appearance of Shelley VanEtten, Pro Se | |
| 05/26/2010 | 86 | Notice of Appearance of Gregory J VanEtten, Pro Se | |

A TRUE COPY:
ATTEST:
_Stephanie K. Freeman_
REGISTER


| 05/26/2010 | 87 | Financial Statement, Gregory | |
| 05/26/2010 | 88 | Financial Statement, Shelley | |
| 05/26/2010 | 89 | Child Support Guidelines Worksheet | |
| 05/26/2010 | 90 | Child Support Guidelines Worksheet | |
| 05/26/2010 | 91 | Child Support Guidelines Worksheet | |
| 07/01/2010 | 92 | Judgment/Decree of Dismissal on Subsequent Action, Modification 5-26-10 | King |
| 07/03/2014 | 93 | PILOT Subsequent Action Modification Filed with MTO | |
| 07/14/2014 | | PILOT Summons and Notice Issued on Complaint for Modification with MTO - DOR to serve | |
| 08/04/2014 | 94 | Notice of Appearance of Gregory J VanEtten, Pro Se | |
| 08/04/2014 | 95 | Notice of Appearance of Shelley VanEtten, Pro Se | |
| 08/04/2014 | 96 | Financial Statement of Gregory Van Etten | |
| 08/04/2014 | 97 | Financial Statement of Shelley A. Van Etten | |
| 08/06/2014 | 98 | Judgment of Dismissal dated August 4, 2014 on Complaint for Modification filed July 3, 2014 | Roach |
| 11/01/2023 | 99 | Motion To Vacate Support Order Issued by Justice Gregory V . Roach Under Federal Rule 60(b) | |
| 11/16/2023 | 100 | Motion To Vacate Support Order Issued by Justice Gregory V . Roach Under Federal Rule 60(b) DENIED on 11/14/2023 File Reference # 99 | Melia |
| 01/16/2024 | 101 | Transfer Order 01/03/2024, Maura S. Doyle, Clerk Supreme Judicial Court | |
| 08/05/2024 | 102 | Motion For Vacate Void Judgment | |
| 08/05/2024 | 103 | Affidavit Of Gregory Van Etten | |
| 08/19/2024 | 104 | Motion For Vacate Void Judgment DENIED on  08/15/2024 File Reference # 102 | Melia |

A TRUE COPY:
ATTEST:

Stephanie K. Freeman
REGISTER

Stephanie K. Freeman