UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Gregory Alvin James Van Etten,<br><br>        *Plaintiff,*<br> v.<br><br>Child Support Services Division; Michele A. Cristello; Amy M. Clayman; Joshua R. Fishbein; John and Jane Does 1–10,<br><br>        *Defendants.* | Case No. 4:24-cv-40113-MRG |

## NOTICE OF VOIDNESS DOCTRINE AND CONTROLLING AUTHORITY REGARDING RULE 60(b)(4)

                   **Gregory Alvin James Van Etten**
                   c/o: 1530 P B LN #V1425
                   Wichita Falls, Texas [76302]
                   ph: 301-820-5302
                   email: jim.vanetten@gmail.com
                   **Plaintiff**
                   **Self-Represented**

  Plaintiff, appearing pro se, respectfully submits this Notice for the limited purpose of identifying controlling authorities relevant to his pending Rule 60(b)(4) motion (Dkt. 79). This Notice requests no relief and is filed solely to ensure the governing law is clear on the issue of void judgments.

1. **Void Judgments for Lack of Service and Jurisdiction**

   - ***Peralta v. Heights Med. Ctr., Inc.*, 485 U.S. 80 (1988):** A judgment entered without proper service violates due process and is void ab initio.

   - ***Pennoyer v. Neff*, 95 U.S. 714 (1878):** Personal jurisdiction requires proper service; judgments without it are void.

   - ***United Student Aid Funds, Inc. v. Espinosa*, 559 U.S. 260 (2010):** A judgment entered inconsistent with due process requirements is void, not voidable.

   - ***Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944):** Fraud on the court requires vacatur; courts have a duty to correct judgments obtained by fraud.

   - ***Roptel v. City of Brockton*, 69 Mass. App. Ct. 1109 (2007):** Void judgments can be attacked at any time; they are legal nullities.

   - ***MacDonald v. MacDonald*, 409 Mass. 196 (1991):** Massachusetts probate orders entered without jurisdiction are void.

2. **Jurisdiction Must Be Resolved First**

The Supreme Court has held that jurisdictional issues must be decided as a threshold matter. *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94–95 (1998). This principle is not limited to subject-matter jurisdiction, but extends to personal jurisdiction where service of process is defective.

3. **Clarification of Issues**

Defendants have disputed the applicability of *Steel Co.* and **28 U.S.C. § 1657**. For clarity, Plaintiff notes that:

- **Rule 60(b)(4)** challenges to void judgments present a pure jurisdictional question. A judgment entered without valid service is a nullity and cannot be enforced.

- **28 U.S.C. § 1657** mandates expedited consideration of actions implicating constitutional rights, including due process challenges to judgments alleged void for lack of notice and jurisdiction.

4. **Consequence**

Because **void judgments are legal nullities**, abstention doctrines such as *Rooker-Feldman* or *Younger* do not bar this Court from recognizing voidness. **A judgment void for lack of service cannot be enforced under color of law, and federal courts have recognized an independent obligation to acknowledge that status.**

Respectfully,

/s/ *Gregory Alvin James Van Etten*

Gregory Alvin James Van Etten
c/o: 1530 P B LN #V1425
Wichita Falls, Texas [76302]
ph: 301-820-5302
email: jim.vanetten@gmail.com
Plaintiff
Self-Represented

## CERTIFICATE OF SERVICE

I, Gregory Alvin James Van Etten, hereby certify that this document **"NOTICE OF VOIDNESS DOCTRINE AND CONTROLLING AUTHORITY REGARDING RULE 60(b)(4)"** filed through the CM/ECF system will be sent electronically to the registered participants in the Notice of Electronic Filing(NEF), and a copy was also sent to the Defendant's counsel Nigel Stevens (1st Cir. Bar No. 1218123), Assistant Attorney General, via email to his email address on record, nigel.stevens@mass.gov, on Tuesday 30th September, 2025.

/s/ *Gregory Alvin James Van Etten*

Gregory Alvin James Van Etten
c/o: 1530 P B LN #V1425
Wichita Falls, Texas [76302]
ph: 301-820-5302
email: jim.vanetten@gmail.com
Plaintiff
Self-Represented