UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Gregory Alvin James Van Etten,<br><br>*Plaintiff,*<br><br>v.<br><br>Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division,<br><br>*Defendants.* | Case No. 4:24-cv-40113-MRG |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE STATUS REQUEST**

**REGARDING RULE 60(b)(4) MOTION (ECF NO. 79)**

**Gregory Alvin James Van Etten**
**c/o: 1530 P B LN #V1425**
**Wichita Falls, Texas [76302]**
**ph: 301-820-5302**
**email: jim.vanetten@gmail.com**
**Plaintiff, Self Represented**
**Self-Represented**

Plaintiff Gregory Alvin James Van Etten, self-represented, respectfully moves for leave to file a brief Status Request (Exhibit A) concerning his pending **Emergency Motion for Relief from Judgment under Fed. R. Civ. P. 60(b)(4)** (ECF No. 79).

This request is made out of an abundance of caution in light of the Court's filing restrictions and seeks only confirmation that the Rule 60(b)(4) motion remains under advisement. It does not seek any substantive relief or alter deadlines.

Respectfully submitted,

/s/ *Gregory Alvin James Van Etten*

Gregory Alvin James Van Etten
Plaintiff
Self-Represented

### CERTIFICATE OF SERVICE

I, Gregory Alvin James Van Etten, hereby certify that this document **"PLAINTIFF'S MOTION FOR LEAVE TO FILE STATUS REQUEST REGARDING RULE 60(b)(4) MOTION (ECF NO. 79)"** filed through the CM/ECF system will be sent electronically to the registered participants in the Notice of Electronic Filing(NEF), and a copy was also sent to the Defendant's counsel Nigel Stevens (1st Cir. Bar No. 1218123), Assistant Attorney General, via email to his email address on record, nigel.stevens@mass.gov, on Wednesday 8th October, 2025.

/s/ *Gregory Alvin James Van Etten*

Gregory Alvin James Van Etten
Plaintiff
Self-Represented