UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Gregory Alvin James Van Etten,<br><br>         *Plaintiff,*<br>v.<br><br>Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division,<br><br>         *Defendants.* | Case No. 4:24-cv-40113-MRG |

**PLAINTIFF'S STATUS REQUEST REGARDING PENDING RULE 60(b)(4) MOTION FOR RELIEF FROM JUDGMENT (ECF NO. 79)**

**Gregory Alvin James Van Etten**
**c/o: 1530 P B LN #V1425**
**Wichita Falls, Texas [76302]**
**ph: 301-820-5302**
**email: jim.vanetten@gmail.com**
**Plaintiff, Self Represented**
**Self-Represented**

  Plaintiff Gregory Alvin James Van Etten respectfully requests a brief update regarding the status of his **Emergency Motion for Relief from Judgment under Federal Rule of Civil Procedure 60(b)(4)**, filed August 1, 2025 (ECF No. 79).

The motion presents a threshold jurisdictional question and has been pending for more than two months without any docket notation indicating whether it is under advisement, scheduled for hearing, or otherwise set for decision.

Because the issues raised concern ongoing enforcement actions that continue to cause daily and irreparable harm, Plaintiff simply seeks confirmation that ECF No. 79 remains before the Court and under active consideration. This request is made respectfully and does not seek to argue or expand upon the merits of that motion.

Respectfully submitted,

/s/ *Gregory Alvin James Van Etten*

Gregory Alvin James Van Etten
Plaintiff
Self-Represented

## CERTIFICATE OF SERVICE

I, Gregory Alvin James Van Etten, hereby certify that this document **"PLAINTIFF'S STATUS REQUEST REGARDING PENDING RULE 60(b)(4) MOTION FOR RELIEF FROM JUDGMENT (ECF NO. 79)"** filed through the CM/ECF system will be sent electronically to the registered participants in the Notice of Electronic Filing(NEF), and a copy was also sent to the Defendant's counsel Nigel Stevens (1st Cir. Bar No. 1218123), Assistant Attorney General, via email to his email address on record, nigel.stevens@mass.gov, on Wednesday 8th October, 2025.

/s/ *Gregory Alvin James Van Etten*

Gregory Alvin James Van Etten
Plaintiff
Self-Represented