| | |
|---|---|
| Gregory Alvin James Van Etten, <br><br> *Plaintiff,* <br><br> v. <br><br> Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division, <br><br> *Defendants.* | Case No. 4:24-cv-40113-MRG |

# JUDICIAL NOTICE OF INACTION AND REQUEST FOR PROMPT RULING

### (Relating to Dkts. 79 – 130)

Gregory Alvin James Van Etten
c/o: 1530 P B LN #V1425
Wichita Falls, Texas [76302]
ph: 301-820-5302
email: jim.vanetten@gmail.com
Plaintiff, Self Represented
Self-Represented

Plaintiff Gregory Alvin James Van Etten respectfully places this notice on the record to document the status of several pending matters that remain unresolved despite the passage of substantial time.

**I   Procedural Background**

1. On **August 1, 2025**, Plaintiff filed an **Emergency Motion for Relief from Judgment under Rule 60(b)(4)** (ECF No. 79), raising a threshold jurisdictional defect and ongoing constitutional harm.

2. Between **August 1 and October 8, 2025**, Plaintiff filed multiple related motions and notices (Dkts. 82 through 130), including two motions to compel a ruling, an objection to the magistrate judge's Report and Recommendation (ECF 117), and a recent **Motion for Leave to File Status Request** (ECF 130).

3. To date, no Article III order has issued resolving the Rule 60(b)(4) motion or the objection under Rule 72(b), and no docket notation reflects that those matters are under advisement.

**II   Legal Context**

**Federal Rule of Civil Procedure 6(b)** and **28 U.S.C. § 1657** require that motions for injunctive or constitutional relief receive priority and timely disposition. Continued inaction on a jurisdictional motion seeking to halt ongoing enforcement constitutes constructive denial and causes irreparable injury.

**III   Notice Purpose**

This filing is purely procedural. It requests no substantive ruling on the merits but simply places on record that more than sixty days have elapsed without decision on ECF 79 or ECF 117, and that multiple procedural motions for leave (Dkts. 125, 126,

127, 130) also remain unruled. Plaintiff respectfully asks that the Court acknowledge these pending matters and issue appropriate orders to ensure their prompt resolution.

**Plaintiff files this Notice solely to maintain a complete record of elapsed time and respectfully requests that the Court acknowledge this filing on the docket.**

Respectfully submitted,

/s/ *Gregory Alvin James Van Etten*

Gregory Alvin James Van Etten
Plaintiff
Self-Represented

## CERTIFICATE OF SERVICE

I, Gregory Alvin James Van Etten, hereby certify that this document **"JUDICIAL NOTICE OF INACTION AND REQUEST FOR PROMPT RULING (Relating to Dkts. 79 – 130)"** filed through the CM/ECF system will be sent electronically to the registered participants in the Notice of Electronic Filing(NEF), and a copy was also sent to the Defendant's counsel Nigel Stevens (1st Cir. Bar No. 1218123), Assistant Attorney General, via email to his email address on record, nigel.stevens@mass.gov, on Wednesday 8th October, 2025.

/s/ *Gregory Alvin James Van Etten*

Gregory Alvin James Van Etten
Plaintiff
Self-Represented