UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Gregory Alvin James Van Etten,<br><br>         *Plaintiff,*<br>v.<br><br>Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division,<br><br>         *Defendants.* | Case No. 4:24-cv-40113-MRG |

**EXHIBIT A – TRANSCRIPT EXCERPTS**

Gregory Alvin James Van Etten
c/o: 1530 P B LN #V1425
Wichita Falls, Texas [76302]
ph: 301-820-5302
email: jim.vanetten@gmail.com
**Plaintiff, Self Represented**

Exhibit A – Transcript Excerpts

Show-Cause Hearing Before Magistrate Judge David H. Hennessy

October 23, 2025 – Hearing Began 10:19 A.M. (Eastern)

*Prepared from the official digital recording released by the District of Massachusetts. These excerpts are submitted solely to aid Article III review of the October 23, 2025 order imposing sanctions.*

**10:19:57–10:20:14   PLAINTIFF**

*"Good morning, Your Honor ... I have not consented to the magistrate's jurisdiction under 28 U.S.C. 636(c) ..."*

*Evidentiary significance:* Establishes express non-consent → preserves Article III review.

**10:21:30–10:22:20   COURT**

*"The courts are busy places ... almost all employees not getting paid because of a government shutdown ... everyone is working very hard ... The purpose of my order ... the court is working to make a decision."*

*Evidentiary significance:* Irrelevant workload/shutdown commentary—extraneous to sanctions or compliance; supports that the sanction was influenced by extraneous considerations.

**10:22:21–10:22:58   COURT**

*"Don't take this the wrong way, but ... I feel like I'm listening to a child—'I want my answer now ...'"*

*Evidentiary significance:* Shows personal tone/frustration underlying sanction.

**10:22:59–10:25:08   PLAINTIFF**

*"I filed this motion in good faith for proper purpose under Rule 11(b) ... I am suffering irreparable harm each day this continues ..."*

*Evidentiary significance:* Demonstrates proper purpose and continuing constitutional injury.

---

**10:25:36–10:26:24** NIGEL STEVENS (AAG)

"We're not seeking any particular sanctions ... we would agree with the Court that he's not complied ..."

*Evidentiary significance:* Confirms sanctions were *sua sponte*.

---

**10:28:23–10:29:39** COURT (READING MOTION)

"... since Judge Guzman ... has not ruled ... therefore the language purporting to 'order' plaintiff to cease filings is non-binding and advisory until adopted by the Article III judge."

*Evidentiary significance:* Magistrate acknowledged jurisdictional argument verbatim.

---

**10:30:04–10:30:14** PLAINTIFF

"I just want to object and preserve my rights for review by the district judge under 28 U.S.C. 636(b) ..."

*Evidentiary significance:* Formally preserves Rule 72(a) objection rights.

---

## Certification

I, Gregory J. Van Etten, certify that the foregoing excerpts are true and accurate to the best of my ability from the official digital recording of the October 23, 2025 hearing.

*[signature: Gregory Alvin James Van Etten]*
Gregory Alvin James Van Etten
Plaintiff, Self-Represented

3