# Gregory Alvin James Van Etten

c/o 1530 P B Ln #V1425
Wichita Falls, Texas [76302]
Phone: +1 (301)820-5302
Email: jim.vanetten@gmail.com

**Clerk of Court**
United States District Court
for the District of Massachusetts
595 Main Street, Room 502
Worcester, MA 01608

October 24, 2025

*By Certified Mail:* 9589 0710 5270 3102 5740 94

**Re: Van Etten v. Fattman et al., No. 4:24-cv-40113-MRG —
Submission of Emergency Rule 72(a) Objection and Motion for Expedited Review**

Dear Clerk of Court:

Pursuant to **Fed. R. Civ. P. 72(a)**, 28 U.S.C. § 636(b)(1)(A), and **Local Rule 5.1(b)**, enclosed please find Plaintiff's **Emergency Rule 72(a)** Objection and Motion for Expedited Review, together with the following supporting materials:

1. **Exhibit A – Transcript Excerpts (October 23, 2025 Show-Cause Hearing)**

2. **[Proposed] Order Vacating October 23, 2025 Sanctions and Restoring CM/ECF Privileges.**

Because the October 23 order (Dkt. 134) temporarily suspended my CM/ECF privileges, this filing is submitted by certified mail for docketing and transmission to the assigned Article III Judge, the Hon. Margaret R. Guzman. Pursuant to **Fed. R. Civ. P. 5(d)(4)** and **D. Mass. L.R. 5.4**, "the clerk must not refuse to file a paper solely because it is not presented in proper form." Accordingly, Plaintiff re-

spectfully requests that this submission be date-stamped upon receipt and docketed immediately as a filing in the above-captioned case.

## Status Notice (Informational Only)

Plaintiff notes that two dispositive jurisdictional motions — the Rule 60(b)(4) Motion for Relief from Judgment (Dkt. 79) and Motion to Strike Deficient Service Exhibits (Dkt. 69) — remain pending without ruling. This submission is intended to maintain an accurate procedural record under Fed. R. Civ. P. 72(a) and 28 U.S.C. § 1657(a) until those matters are resolved.

## Continuing Controversy

Plaintiff further notes that this case presents an ongoing constitutional controversy and remains active under *Chafin v. Chafin*, 568 U.S. 165 (2013). Filing by certified mail ensures that the record accurately reflects Plaintiff's continuing diligence and that this matter is not allowed to lapse through administrative delay or procedural dormancy.

If any question arises regarding procedure, please transmit this correspondence to Judge Guzman's chambers for clarification rather than delay docketing. A courtesy copy has been served by first-class mail and email on Assistant Attorney General **Nigel Stevens**, Government Bureau/Trial Division, 1441 Main Street, 12th Floor, Springfield, MA 01103 (nigel.stevens@mass.gov).

Thank you for your prompt attention and for confirming that this filing has been received and transmitted for Article III review.

        Respectfully submitted,

*[signature]*
Gregory Alvin James Van Etten
Plaintiff, Self-Represented