# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**Gregory Alvin James Van Etten, Plaintiff**

v.

**Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division, Defendants**

**Case No. 4:24-cv-40113-MRG**

# EXHIBIT A

# Certified Probate Docket Report (WO07D1562DV1)

Date: 07/03/2007

---

**Description:** Shows case disposed (01/22/2008) and disposed at conversion (02/21/2009); later filings invalid without new complaint/service.

*Filed in Support of:*

**EMERGENCY RULE 72(b) OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DKT 136)**

*Prepared by:*

Gregory Alvin James Van Etten- Self-Represented

c/o: 1530 P B LN #V1425, Wichita Falls, Texas [76302]

ph: 301-820-5302 - email: jim.vanetten@gmail.com

CRTR2709-CR



**MASSACHUSETTS**
**WORCESTER PROBATE AND FAMILY COURT**
Docket Report

### WO07D1562DV1 VanEtten, Shelley vs. VanEtten, Gregory J

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Domestic Relations | **FILE DATE:** | 07/03/2007 |
| **ACTION CODE:** DO | | **CASE TRACK:** | |
| **DESCRIPTION:** Divorce other grounds | | | |
| **CASE DISPOSITION DATE:** 01/22/2008 | | **CASE STATUS :** | Active |
| **CASE DISPOSITION:** | Disposed | **STATUS DATE :** | 05/26/2009 |
| **CASE JUDGE:** | Melia, Jennifer | **CASE SESSION:** | |

| PARTIES | |
|---|---|
| **Plaintiff**<br>VanEtten, Shelley<br>247 Collins Road<br>Ware, MA 01082 | **Self Represented Litigant**     **PROPER**<br>Pro Se<br>Massachusetts Bar<br>Added Date: 03/06/2009 |
| **Defendant**<br>VanEtten, Gregory J<br>1892 CHow CHow Drive<br>Finksburg, MD 21048 | **Self Represented Litigant**     **PROPER**<br>Pro Se<br>Massachusetts Bar<br>Added Date: 02/25/2009 |
| **Other**<br>Department of Revenue<br>40 Southbridge Street<br>Worcester, MA 01608 | |

| FINANCIAL DETAILS | | | | | |
|---|---|---|---|---|---|
| **Date** | **Fees/Fines/Costs/Charge** | **Assessed** | **Paid** | **Dismissed** | **Balance** |
| 03/03/2010 | Unattested photocopies of court documents.<br><br>Receipt: 15950  Date: 03/03/2010 | 10.00 | 10.00 | 0.00 | 0.00 |
| 05/30/2012 | Unattested photocopies of court documents.<br><br>Receipt: 54605  Date: 05/30/2012 | 9.00 | 9.00 | 0.00 | 0.00 |
| 09/28/2022 | Attested Copy of Court Documents in Possession of Clerk, Register or Recorder MGL 262 s. 4b Receipt: 200625 Date: 09/28/2022 | 85.00 | 85.00 | 0.00 | 0.00 |
| 09/28/2022 | Unattested photocopies of court documents. Receipt: 200625 Date: 09/28/2022 | 1.00 | 1.00 | 0.00 | 0.00 |
| 11/07/2024 | Attested Copy of Court Documents in Possession of Clerk, Register or Recorder MGL 262 s. 4b Receipt: 229176 Date: 11/07/2024 | 15.00 | 15.00 | 0.00 | 0.00 |
| | **Total** | **120.00** | **120.00** | **0.00** | **0.00** |

A TRUE COPY:
ATTEST:
Stephani L. Freeman
REGISTER

CRTR2709-CR



**MASSACHUSETTS**
**WORCESTER PROBATE AND FAMILY COURT**
Docket Report

| INFORMATIONAL DOCKET ENTRIES | | | |
|---|---|---|---|
| Date | Ref | Description | Judge |
| 07/03/2007 | 1 | COMPLAINT FOR DIVORCE (COMPLAINT DISMISSED. DIVORCE GRANTED IN COUNTERCLAIM 01/22/2008. GREGORY V. ROACH,J .) | |
| 07/03/2007 | 2 | AFFIDAVIT DISCLOSING CARE AND CUSTODY PROCEEDINGS | |
| 07/03/2007 | 3 | AFFIDAVIT AS TO MILITARY SERVICE | |
| 07/03/2007 | 4 | SHELLEY VANETTEN  'S MOTION FOR TEMPORARY ORDERS FOR FILED BY PAIGE DUNMIRE FIRMENT | |
| 07/03/2007 | 5 | . ,FIDAVIT OF PETITIONER FOR CUSTODY OF MINOR CHILDREN | |
| 07/03/2007 | 6 | CERTIFICATE OF MARRIAGE | |
| 07/03/2007 | 7 | CHILD SUPPORT GUIDELINES WORKSHEET | |
| 07/03/2007 | 8 | MOTION FOR TEMPORARY ORDERS  ALLOWED.  RONALD W. KING , J. ATTYS/PTYS ND 07/05/2007 | |
| 07/09/2007 | 9 | NOTICE OF TRACK ASSIGNMENT SENT 07/09/2007 | |
| 07/09/2007 | 10 | CONFERENCE scheduled on 11/6/2007 (NOT A HEARING DATE) | |
| 07/16/2007 | 11 | MOTION FOR SERVICE BY PUBLICATION | |
| 07/16/2007 | 12 | SHELLEY VANETTEN  'S AFFIDAVIT OF INDIGENCY | |
| 07/16/2007 | 13 | MOTION FOR SERVICE BY PUBLICATION  ALLOWED .  JOSEPH L HART, JR , J.    ATTYS/PTYS ND | |
| 07/18/2007 | 14 | SUMMONS BY PUBLICATION ISSUED, RETURNABLE 10/18/2007 | |
| 07/18/2007 | 15 | ORDER FOR SERVICE BY PUBLICATION | |
| 08/15/2007 | 16 | SUMMONS ON DIVORCE FILED DATE OF SERVICE 08/13/2007 GREGORY JAMES VANETTEN | |
| 08/21/2007 | 24 | GREGORY JAMES VANETTEN  'S MOTION FOR TEMPORARY ORDERS FOR DIVORCE | |
| 08/21/2007 | 25 | MOTION, CONTESTED scheduled on 9/4/2007. | |
| 08/22/2007 | 17 | GREGORY JAMES VANETTEN  'S ANSWER AND COUNTERCLAIM FILED BY JON L REVELLI | |
| 08/22/2007 | 18 | GREGORY JAMES VANETTEN  'S MOTION FOR TEMPORARY ORDERS ON DIVORCE | |
| 08/22/2007 | 19 | MOTION, CONTESTED scheduled on 8/27/2007. | |
| 08/23/2007 | 20 | MOTION, CONTESTED scheduled on 8/27/2007 rescheduled for 9/4/2007. | |
| 08/27/2007 | 21 | SHELLEY VANETTEN  'S MOTION FOR TEMPORARY ORDERS ON DIVORCE | |
| 08/27/2007 | 22 | MOTION, CONTESTED scheduled on 9/4/2007. | |
| 08/27/2007 | 23 | SHELLEY VANETTEN  'S REQUEST FOR FINANCIAL STATEMENT OF DEFENDANT | |
| 09/04/2007 | 26 | SHELLEY VANETTEN  'S MOTION TO IMPOUND PLAINTIFF'S ADDRESS | |

A TRUE COPY:
ATTEST:
Stephanie E. Freeman
REGISTER

CRTR2709-CR



**MASSACHUSETTS**
**WORCESTER PROBATE AND FAMILY COURT**
Docket Report

| | | |
|---|---|---|
| 09/04/2007 | 27 | FINANCIAL STATEMENT OF DEFENDANT GREGORY JAMES VANETTEN |
| 09/04/2007 | 28 | CHILD SUPPORT GUIDELINES WORKSHEET |
| 09/04/2007 | 29 | MOTION TO IMPOUND PLAINTIFF'S ADDRESS ALLOWED.   GREGORY V. ROACH , J.    ATTYS/PTYS ND 09/12/2007 |
| 09/04/2007 | 30 | TEMPORARY ORDER ON DIVORCE .   GREGORY V. ROACH , J. ATTYS/PTYS ND 09/12/2007 |
| 09/13/2007 | 31 | PRETRIAL scheduled on 1/22/2008 before Judge Roach in Worcester at 9:00 a.m. |
| 09/13/2007 | 32 | SCHEDULING NOTICE FOR PRETRIAL - 01/22/2008 09:00 a.m. |
| 10/24/2007 | 33 | GREGORY JAMES VANETTEN   'S MOTION FOR FURTHER TEMPORARY ORDERS |
| 10/24/2007 | 34 | MOTION, CONTESTED scheduled on 11/19/2007. |
| 11/15/2007 | 35 | SHELLEY VANETTEN PLAINTIFF 'S MOTION TO CONTINUE MOTION FOR FURTHER TEMPORARY ORDER PAIGE DUNMIRE FIRMENT ATTY . |
| 11/15/2007 | 36 | MOTION, CONTESTED scheduled on 11/19/2007. |
| 11/23/2007 | 37 | GREGORY JAMES VANETTEN   'S MOTION FOR FURTHER TEMPORARY ORDERS |
| 11/23/2007 | 38 | MOTION, CONTESTED scheduled on 12/12/2007. |
| 12/12/2007 | 40 | FURTHER TEMPORARY ORDER ON DIVORCE .   GREGORY V. ROACH , J.  ATTYS/PTYS ND 12/20/2007 |
| 12/14/2007 | 39 | PRETRIAL scheduled on 3/14/2008. |
| 01/10/2008 | 41 | SHELLEY VANETTEN PLAINTIFF 'S MOTION FOR FURTHER TEMPORARY ORDERS |
| 01/16/2008 | 42 | MOTION, CONTESTED scheduled on 12/12/2007 rescheduled for 1/28/2008. |
| 01/22/2008 | 43 | GREGORY JAMES VANETTEN   'S MOTION TO AMEND COUNTERCLAIM |
| 01/22/2008 | 44 | GREGORY JAMES VANETTEN   'S MOTION TO WAIVE PARTICIPATION IN THE PARENT EDUCATION PROGRAM |
| 01/22/2008 | 45 | FINANCIAL STATEMENT OF PLAINTIFF SHELLEY VANETTEN |
| 01/22/2008 | 46 | FINANCIAL STATEMENT OF DEFENDANT GREGORY JAMES VANETTEN |
| 01/22/2008 | 47 | CHILD SUPPORT GUIDELINES WORKSHEET |
| 01/22/2008 | 48 | CHILD SUPPORT GUIDELINES WORKSHEET |
| 01/22/2008 | 49 | MOTION TO AMEND COUNTERCLAIM ALLOWED.   GREGORY V. ROACH , J.    ATTYS/PTYS ND 02/08/2008 |
| 01/22/2008 | 50 | MOTION TO WAIVE PARTICIPATION IN PARENT EDUCATION CLASS ALLOWED.  GREGORY V. ROACH , J.    ATTYS/PTYS ND 02/08/2008 |
| 01/22/2008 | 51 | JUDGMENT OF DIVORCE NISI IN COUNTERCLAIM DATED 01/22/2008 . GREGORY V. ROACH , J.    ATTYS/PTYS ND 02/08/2008 |
| 01/15/2009 | 52 | SHELLEY VANETTEN   'S COMPLAINT FOR CONTEMPT FROM JUDGMENT DATED 01/22/2008 , RETURNABLE 02/23/2009 .    , FOR PLAINTIFF |

A TRUE COPY:
ATTEST:
Stephanie E. Freeman
REGISTER

CRTR2709-CR



**MASSACHUSETTS**
**WORCESTER PROBATE AND FAMILY COURT**
Docket Report

| 01/15/2009 | 55 | SHELLEY VANETTEN  'S AFFIDAVIT OF INDIGENCY |
|---|---|---|
| 01/16/2009 | 53 | CONTEMPT RETURNABLE scheduled on 2/23/2009. |
| 01/16/2009 | 54 | SUMMONS ISSUED ON CONTEMPT FILED 01/15/2009 , RETURNABLE 02/23/2009 |
| 01/21/2009 | 56 | GREGORY JAMES VANETTEN  'S COMPLAINT FOR MODIFICATION OF JUDGMENT DATED 01/22/2008 .   PRO SE |
| 01/21/2009 | 57 | SUMMONS ISSUED |
| 01/21/2009 | 58 | NOTICE OF TRACK ASSIGNMENT SENT 01/21/2009 |
| 01/21/2009 | 59 | CONFERENCE scheduled on 5/21/2009. (NOT A HEARING DATE) |
| 02/21/2009 | | Informational docket entry: Converted Case from BasCOT - P&F on 02/21/2009 |
| 02/21/2009 | | Case disposed at conversion on 02/21/2009 |
| 02/23/2009 | 62 | FINANCIAL STATEMENT |
| 02/23/2009 | 63 | FINANCIAL STATEMENT |
| 02/23/2009 | 64 | Notice of Appearance of Shelley VanEtten , Pro Se |
| | | SHELLEY VAN ETTEN |
| 02/25/2009 | 60 | Subsequent Action for Modification filed |
| 02/25/2009 | | |
| | | Track Assignment Notice |
| | | Sent on: 25-feb-09 08:09:58 |
| 02/25/2009 | | Summons Issued on Complaint for Modification |
| 02/25/2009 | 61 | Motion for Temporary Orders on Modification filed 2/24/2009 |
| 02/26/2009 | | Summons issued on complaint for Modification. |
| 03/05/2009 | 66 | Subsequent Action Contempt Filed |
| 03/05/2009 | 67 | Summons Filed, Date of Service 03/02/2009 |
| | | (shelley A. VanEtten) |
| 03/09/2009 | 68 | Notice of Appearance of Shelley VanEtten, Pro Se |
| 03/09/2009 | 69 | Notice of Appearance of Gregory J VanEtten, Pro Se |
| 03/09/2009 | 70 | FINANCIAL STATEMENT of Gregory VanEtten |

A TRUE COPY:
ATTEST:
Stephanie E. Freeman
REGISTER



CRTR2709-CR

**MASSACHUSETTS**
**WORCESTER PROBATE AND FAMILY COURT**
Docket Report

| | | |
|---|---|---|
| 03/23/2009 | 65 | Notice of Appearance of Gregory James VanEtten , Pro Se |
| | | Gregory Van Etten |
| 03/26/2009 | 75 | Subsequent Action for Modification filed |
| 03/30/2009 | 71 | Motion Temporary Orders on Complaint for Modification Denied 03/09/2009 | Roach |
| 03/30/2009 | 72 | Judgment on Contempt (filed 01/15/2009) dated 03/20/2009 | Roach |
| 05/14/2009 | 73 | Pre-Trial Notice and Order Sent | Roach |
| | | Event: Pretrial Conference Domestic and Equity |
| | | Date: 06/16/2009  Time: 09:00 AM |
| | | Result: Event Held |
| 05/14/2009 | 74 | Judgment/Decree of Dismissal on Subsequent Action Dated 4-6-2009 on Complaint for Contempt filed 3-5-2009 | Roach |
| 05/26/2009 | | Track assignment notice issued. |
| | | Track Assignment Notice |
| | | Sent on:  26-may-09 10:37:01 |
| 05/26/2009 | | Summons issued on complaint for Modification. |
| 06/08/2009 | 76 | Summons Filed, Date of Service 06/03/2009 |
| | | on Modification Shelley Van Etten |
| 06/16/2009 | 77 | Financial Statement of Shelley Van Etten |
| 06/16/2009 | 78 | Child Support Guidelines Worksheet |
| 06/25/2009 | 79 | Judgment of Dismissal on Subsequent Action Modification filed 01/21/2009 dated 06/16/2009 | Roach |
| 06/25/2009 | 80 | Judgment of Dismissal on Subsequent Action Modification filed 04/26/2009 dated 06/16/2009 | Roach |
| 06/25/2009 | 81 | Order After Review Hearing on Contempt filed 01/15/2009 dated 06/16/2009 | Roach |
| 06/25/2009 | 82 | Judgment of Modification (filed 02/24/2009) dated 06/16/2009 | Roach |
| 01/14/2010 | 84 | Subsequent Action for Modification filed |
| 04/09/2010 | 83 | Summons Filed, Date of Service 03/27/2010 |
| | | ON A COMPLAINT FOOR MODIFICATION SERVED ON SHELLY A . VAN ETTEN |
| 05/26/2010 | 85 | Notice of Appearance of Shelley VanEtten, Pro Se |
| 05/26/2010 | 86 | Notice of Appearance of Gregory J VanEtten, Pro Se |

A TRUE COPY:
ATTEST:
Stephanie E. Freeman
REGISTER

CRTR2709-CR  **MASSACHUSETTS**
**WORCESTER PROBATE AND FAMILY COURT**
Docket Report

| | | | |
|---|---|---|---|
| 05/26/2010 | 87 | Financial Statement, Gregory | |
| 05/26/2010 | 88 | Financial Statement, Shelley | |
| 05/26/2010 | 89 | Child Support Guidelines Worksheet | |
| 05/26/2010 | 90 | Child Support Guidelines Worksheet | |
| 05/26/2010 | 91 | Child Support Guidelines Worksheet | |
| 07/01/2010 | 92 | Judgment/Decree of Dismissal on Subsequent Action, Modification 5-26-10 | King |
| 07/03/2014 | 93 | PILOT Subsequent Action Modification Filed with MTO | |
| 07/14/2014 | | PILOT Summons and Notice Issued on Complaint for Modification with MTO - DOR to serve | |
| 08/04/2014 | 94 | Notice of Appearance of Gregory J VanEtten, Pro Se | |
| 08/04/2014 | 95 | Notice of Appearance of Shelley VanEtten, Pro Se | |
| 08/04/2014 | 96 | Financial Statement of Gregory Van Etten | |
| 08/04/2014 | 97 | Financial Statement of Shelley A. Van Etten | |
| 08/06/2014 | 98 | Judgment of Dismissal dated August 4, 2014 on Complaint for Modification filed July 3, 2014 | Roach |
| 11/01/2023 | 99 | Motion To Vacate Support Order Issued by Justice Gregory V . Roach Under Federal Rule 60(b) | |
| 11/16/2023 | 100 | Motion To Vacate Support Order Issued by Justice Gregory V . Roach Under Federal Rule 60(b) DENIED on 11/14/2023 File Reference # 99 | Melia |
| 01/16/2024 | 101 | Transfer Order 01/03/2024, Maura S. Doyle, Clerk Supreme Judicial Court | |
| 08/05/2024 | 102 | Motion For Vacate Void Judgment | |
| 08/05/2024 | 103 | Affidavit Of Gregory Van Etten | |
| 08/19/2024 | 104 | Motion For Vacate Void Judgment DENIED on 08/15/2024 File Reference # 102 | Melia |

A TRUE COPY:
ATTEST:
Stephanie K. Freeman
REGISTER

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**Gregory Alvin James Van Etten, Plaintiff**

v.

**Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division, Defendants**

**Case No. 4:24-cv-40113-MRG**

# EXHIBIT B

# Motion, Summons, and Order for Service by Publication (July 2007, defective and incomplete)

Date: 07/18/2007

_____

**Description:** Marked "COPY"; return blank; no proof of publication/mailing filed. Order Stamped "ALLOWED – DENIED," neither circled; ambiguous.

*Filed in Support of:*

**EMERGENCY RULE 72(b) OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DKT 136)**

*Prepared by:*

Gregory Alvin James Van Etten- Self-Represented

c/o: 1530 P B LN #V1425, Wichita Falls, Texas [76302]

ph: 301-820-5302 - email: jim.vanetten@gmail.com

# Commonwealth of Massachusetts
## THE TRIAL COURT
### PROBATE AND FAMILY COURT DEPARTMENT

**WORCESTER DIVISION**                                    **DOCKET #07D-1562-DV1**

*Filed 7/16/07*

Shelley VanEtten,

                PLAINTIFF

      v.

Gregory James VanEtten,

                DEFENDANT

## PLAINTIFF'S MOTION FOR SERVICE BY PUBLICATION

NOW COMES Plaintiff, Shelley VanEtten, in the above-captioned matter and respectfully moves this Honorable Court for permission to serve the Defendant by publication on the grounds that attempts have been made to serve him in hand in Massachusetts but the Defendant has been out of state since he was served with a 209A Restraining Order and there is a substantial likelihood that he will not return to Massachusetts in the near future.

Dated: July 16, 2007

Respectfully submitted.

Shelley VanEtten,
By her Attorney,

Paige Dunmire Firment, Esquire
Attorney for Plaintiff
Paige Dunmire Firment, Esquire
41 Elm Street
Worcester, Massachusetts 01609
BBO# 138010

Phone: 508-754-9242 / Fax: 508-791-4554

MOTION ALLOWED-DENIEL

JUDGE OF PROBATE COURT



**Commonwealth of Massachusetts**
**The Trial Court**

<u>Worcester</u> Division         Probate and Family Court Department         Docket No. <u>07D1562DV1</u>

## Divorce/Separate Support Summons By Publication

<u>Shelley VanEtten</u>, Plaintiff

v.

<u>Gregory James VanEtten</u>, Defendant

To the above named Defendant:

A Complaint has been presented to this Court by the Plaintiff, <u>Shelley VanEtten</u>

_____, seeking <u>Complaint for Divorce</u>

An Automatic Restraining Order has been entered in this matter preventing you from taking any action which would negatively impact the current financial status of either party. Please refer to Supplemental Probate Court Rule 411 for more information.

You are required to serve upon <u>Paige Firment</u>

- ~~plaintiff~~ - attorney for plaintiff - whose address is <u>41 Elm Street</u>

<u>Worcester, MA   01609</u>

your answer on or before <u>October 18</u>, 20 <u>07</u>. If you fail to do so, the court will proceed to the hearing and adjudication of this action. You are also required to file a copy of your answer in the office of the Register of this Court at <u>Worcester</u>

Witness, <u>Joseph L. Hart, Jr.</u>, Esquire, First Justice of said

Court at <u>Worcester</u>, this <u>18th</u> day of <u>July</u>, 20 <u>07</u>

_____
Register of Probate Court

NOTE: This form is to be used for actions for divorce or for separate support only.

CJ-D 112A (12/00)                    ORIGINAL RETURN TO PROBATE COURT

A TRUE COPY:
ATTEST:
Stephano E. Fessenden
REGISTER

**Commonwealth of Massachusetts**
**The Trial Court**

Worcester___ Division        Probate and Family Court Department        Docket No. 07D1562DV1___

## ORDER FOR SERVICE BY PUBLICATION

_____Shelley VanEtten_____ , Plaintiff

v.

_____Gregory James VanEtten_____ , Defendant

Upon motion of plaintiff for an order directing _____Gregory James VanEtten_____
the defendant herein, to appear, plead, or answer, in accordance with Mass.R.Civ. P./Mass.R.Dom.Rel.P. Rule
4, it appearing to the Court that this is an action for ☒ divorce    ☐ separate support.

Pursuant to Supplemental Probate Court Rule 411, an Automatic Restraining Order has been entered
against the above named parties, and that the said defendant cannot be found within the Commonwealth and that
his/her present whereabouts are unknown; that personal service on said defendant is therefore not practicable,
and that said defendant has not voluntarily appeared in this action:

It is **Ordered** that said defendant is directed to appear, plead, answer, or otherwise move with respect
to the complaint herein on or before the__eighteenth_____ day of__October_____, 20_07__. If you
fail to do so this Court will proceed to a hearing and adjudication of the matter.

It is further **Ordered** that the accompanying summons be published once a week for three consecutive

weeks in the _____Barre Gazette_____ ,

a newspaper published in _____Barre_____ ,
                                    (include mailing address of newspaper)

the publication to be __seven__ days at least before said return day. It is further **Ordered** that a copy of the
summons be mailed to the defendant at his/her last known address by registered or certified mail.

Date __July 18, 2007_____        _____Joseph L. Hart, Jr._____
                                                         Justice of Probate and Family Court

### RETURN OF SERVICE

I hereby certify under the penalties of perjury that I have complied with the order of notice by:

☐ mailing — certified — registered — a copy of the summons as ordered and,

☐ causing the citation to be published in the_____

Publication was on _____ which was at least _____ days/months before said return day.

Date_____        Signed _____

**NOTE:** *Proof of service must be made in compliance with Mass.R.Civ. P./Mass.R.Dom.Rel.P. Rule 4 and may be made on
this form. This form is to be used for actions for divorce or for separate support ONLY.*

CJ-D 111A (12/00)



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**Gregory Alvin James Van Etten, Plaintiff**

v.

**Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division, Defendants**

## Case No. 4:24-cv-40113-MRG

# EXHIBIT C

## Ex Parte Temporary Orders

Date: 07/03/2007

─────────────────────────────────────────

**Description:** Issued before service; order stamped and signed with blanks.

*Filed in Support of:*

**EMERGENCY RULE 72(b) OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DKT 136)**

*Prepared by:*

Gregory Alvin James Van Etten- Self-Represented

c/o: 1530 P B LN #V1425, Wichita Falls, Texas [76302]

ph: 301-820-5302 - email: jim.vanetten@gmail.com

# Commonwealth of Massachusetts
## THE TRIAL COURT
## PROBATE AND FAMILY COURT DEPARTMENT

**WORCESTER DIVISION**

DOCKET # 07D15C2201

*Filed July 3, 2007*

Shelley VanEtten,

PLAINTIFF

v.

Gregory James VanEtten,

DEFENDANT

## PLAINTIFF'S EXPARTE MOTION FOR TEMPORARY ORDERS

NOW COMES Plaintiff, Shelley VanEtten, in the above-captioned matter and respectfully moves this Honorable Court enter Ex Parte Temporary Orders as follows:

1. That the Plaintiff have legal and physical custody of the parties' children.
2. That the Defendant have no contact with the children until there is a further order of court. *$20 a week*
3. That the Defendant be ordered to pay ~~child support~~ to the Plaintiff through DOR/CSE based on his unemployment compensation in an amount to be determined by the court.
4. That the Defendant's firearms and FID card be turned over to the Hardwick Police Department *and pistol permit as well.*
5. That the Defendant be restrained from transferring, liquidating or withdrawing any funds from the Hanover Insurance Cash Balance Pension Plan in his name during the pendency of this action.
6. That the court enter such further orders as it deems equitable and just.

Dated: July 2, 2007

*Motion allowed*
*7-3-07*
*Rinaldi*
Ⓐ

Respectfully submitted.

Shelley VanEtten,
By her Attorney,

Paige Dunmire Firment, Esquire
Attorney for Plaintiff
**Paige Dunmire Firment, Esquire**
**41 Elm Street**
**Worcester, Massachusetts 01609**
**BBO# 138010**

Phone: 508-754-9242 / Fax: 508-791-4554



A TRUE COPY. ATTEST:
REGISTER

# Commonwealth of Massachusetts
## THE TRIAL COURT
## PROBATE AND FAMILY COURT DEPARTMENT

**WORCESTER DIVISION**                                            **DOCKET #**

Shelley VanEtten,

               PLAINTIFF

        **v.**

Gregory James VanEtten,

               DEFENDANT

## ORDER OF THE COURT RE
## PLAINTIFF'S EXPARTE  MOTION FOR TEMPORARY ORDERS

AFTER HEARING and consideration of Plaintiff's Ex Parte Motion for Temporary Orders, it is hereby ordered that :

1. The Plaintiff shall have legal and physical custody of the parties' children.

2. The Defendant shall have no contact with the children until there is a further order of this court.

3. The Defendant shall pay the sum of $_____ per week in child support  through DOR/CSE.

4. The Defendant shall be enjoined from transferring, withdrawing or conveying any funds in his Hanover Insurance Co. Cash Balance Pension Plan.

5. The Defendant's firearms and FID card shall be turned over to the Hardwick Police Department forthwith.

Dated: _____          _____

                                              Justice
                                              Probate and Family Court



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**Gregory Alvin James Van Etten, Plaintiff**

v.

**Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division, Defendants**

**Case No. 4:24-cv-40113-MRG**

# EXHIBIT D

## Most Recent Income Withholding Order

Date: 10/16/2024

_____

**Description:** Ongoing Enforcement without judgement

*Filed in Support of:*

**EMERGENCY RULE 72(b) OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DKT 136)**

*Prepared by:*

Gregory Alvin James Van Etten- Self-Represented

c/o: 1530 P B LN #V1425, Wichita Falls, Texas [76302]

ph: 301-820-5302 - email: jim.vanetten@gmail.com

**INCOME WITHHOLDING FOR SUPPORT**

<div style="border:1px solid">OMB 0970-0154<br>Expiration Date: 08/31/2026</div>

**I. Sender Information: (Completed by the Sender)**          Date:   10/16/2024

[☑] **INCOME WITHHOLDING ORDER/NOTICE FOR SUPPORT (IWO)**          [ ] **AMENDED IWO**

[ ] **ONE-TIME ORDER/NOTICE FOR LUMP SUM PAYMENT**          [ ] **TERMINATION OF IWO**

[☑] Child Support Agency (CSA)  [ ] Court  [ ] Attorney  [ ] Private Individual/Entity  (Check One)

**NOTE:** This IWO must be regular on its face. Under certain circumstances, you must reject this IWO and return it to the sender (see IWO instructions www.acf.hhs.gov/css/resource/income-withholding-for-support-instructions). If you receive this document from someone other than a state or tribal CSA or a court, a copy of the underlying support order must be attached.

State/Tribe/Territory   MASSACHUSETTS          Remittance ID (include w/payment)
City/County/Dist./Tribe   MASSACHUSETTS          Order ID
Private Individual Entity          Case ID

**II. Employer and Case Information: (Completed by the Sender)**

INSIGHT GLOBAL LLC          RE: VANETTEN, GREGORY
Employer/Income Withholder's Name          Employee/Obligor's Name (Last, First, Middle)
1224 HAMMOND DR NE
Employer/Income Withholder's Address          Employee/Obligor's Social Security Number
STE 1500

ATLANTA, GA 30346-1537          Employee/Obligor's Date of Birth
                                 VAN ETTEN, SHELLEY ANN
                                 Custodial Party/Obligee's Name (Last, First, Middle)

Employer/Income Withholder's FEIN
Child ren 's Name s  Last  First  Middle                ,

**III. Order Information: (Completed by the Sender)**
This document is based on the support order from  MASSACHUSETTS          (State/Tribe).
You are required by law to deduct these amounts from the employee/obligor's income until further notice.

| $ | 0.00 | Per | | current child support | |
|---|---|---|---|---|---|
| $ | 421.25 | Per | WEEKLY | past-due child support - Arrears greater than 12 weeks? | [☑]Yes [ ]No |
| $ | 0.00 | Per | | current cash medical support | |
| $ | 0.00 | Per | | past-due cash medical support | |
| $ | 0.00 | Per | | current spousal support | |
| $ | 0.00 | Per | | past-due spousal support | |
| $ | 0.00 | Per | | other (must specify) | |

for a **Total Amount to Withhold of $**   421.25  per  WEEKLY          .

**IV. Amounts to Withhold: (Completed by the Sender)**
You do not have to vary your pay cycle to be in compliance with the *Order Information*. If your pay cycle does not match the ordered payment cycle, withhold one of the following amounts:

| $ | 421.25 | per weekly pay period | $ | 912.71 | per semimonthly pay period (twice a month) |
|---|---|---|---|---|---|
| $ | 842.50 | per biweekly pay period (every two weeks) | $ | 1825.42 | per monthly pay period |
| $ | 0.00 | **Lump Sum Payment:** Do not stop any existing IWO unless you receive a termination order. | | | |

Employer/Income Withholder's Name: INSIGHT GLOBAL LLC    Employer/Income Withholder's FEIN:

Employee/Obligor's Name: VANETTEN, GREGORY    SSN

Case ID    Order ID:

**V. Remittance Information:  (Completed by the Sender, except for the "Return to Sender" check box.)**

If the employee/obligor's principal place of employment is MASSACHUSET (State/Tribe), you must begin withholding no later than the first pay period that occurs 03  days after the date of MAILING  of the order/notice. Send payment within 03  business days of the pay date. If you cannot withhold the full amount of support for any or all orders for this employee/obligor, withhold 65  % of disposable income for all orders. If the employee/obligor's principal place of employment is not MASSACHUSETTS  (State/Tribe), obtain withholding limitations, time requirements, the appropriate method to allocate among multiple child support cases/orders, and any allowable employer fees from the jurisdiction of the employee/obligor's principal place of employment.

State-specific withholding limit information is available at www.acf.hhs.gov/css/resource/state-income-withholding-contacts-and-program-requirements.  For tribe-specific contacts, payment addresses, and withholding limitations, please contact the tribe at www.acf.hhs.gov/sites/default/files/programs/css/tribal_agency_contacts_printable_pdf.pdf or www.bia.gov/tribalmap/DataDotGovSamples/tld_map.html.

You may not withhold more than the lesser of: 1) the amounts allowed by the Federal Consumer Credit Protection Act (CCPA) [15 USC §1673 (b)]; or 2) the amounts allowed by the law of the state of the employee/obligor's principal place of employment if the place of employment is in a state; or the tribal law of the employee/obligor's principal place of employment if the place of employment is under tribal jurisdiction.  The CCPA is available at https://www.dol.gov/agencies/whd/fact-sheets/30-cppa.  If the Order Information section does not indicate that the arrears are greater than 12 weeks, then the employer should calculate the CCPA limit using the lower percentage.

If there is more than one IWO against this employee/obligor and you are unable to fully honor all IWOs due to federal, state, or tribal withholding limits, you must honor all IWOs to the greatest extent possible, giving priority to current support before payment of any past-due support.

If the obligor is a nonemployee, obtain withholding limits from the **Supplemental Information** section in this IWO.  This information is also available at www.acf.hhs.gov/css/resource/state-income-withholding-contacts-and-program-requirements.

---

Remit payment to  COMMONWEALTH OF MASSACHUSETTS                    (SDU/Tribal Order Payee)
at   P.O.BOX 55140  BOSTON, MA 02205-5140                          (SDU/Tribal Payee Address)

Include the Remittance ID with the payment and if necessary this locator code of the SDU/**Tribal order payee** 2500000 on the payment.

To set up electronic payments or to learn state requirements for checks, contact the State Disbursement Unit (SDU). Contacts and information are found at www.acf.hhs.gov/css/resource/sdu-eft-contacts-and-program-requirements.

---

☐ **Return to Sender (Completed by Employer/Income Withholder).** Payment must be directed to an SDU in accordance with sections 466(b)(5) and (6) of the Social Security Act or Tribal Payee (see Payments in Section VI). If payment is not directed to an SDU/Tribal Payee or this IWO is not regular on its face, you must check this box and return the IWO to the sender.

---

**If Required by State or Tribal Law:**
Signature of Judge/Issuing Official:
Print Name of Judge/Issuing Official: MICHELE A. CRISTELLO
Title of Judge/Issuing Official:  DEPUTY COMMISSIONER
Date of Signature:

---

If the employee/obligor works in a state or for a tribe that is different from the state or tribe that issued this order, a copy of this IWO must be provided to the employee/obligor.

☐ If checked, the employer/income withholder must provide a copy of this form to the employee/obligor.

Employer/Income Withholder's Name: INSIGHT GLOBAL LLC    Employer/Income Withholder's FEIN:

Employee/Obligor's Name: VANETTEN, GREGORY    SSN:

Case ID    Order ID:

## VI. Additional Information for Employers/Income Withholders: (Completed by the Sender)

**Priority:** Withholding for support has priority over any other legal process under state law against the same income (section 466(b)(7) of the Social Security Act). If a federal tax levy is in effect, please notify the sender.

**Payments:** You must send child support payments payable by income withholding to the appropriate SDU or to a tribal CSA within 7 business days, or fewer if required by state law, after the date the income would have been paid to the employee/obligor and include the date you withheld the support from his or her income. You may combine withheld amounts from more than one employee/obligor's income in a single payment as long as you separately identify each employee/obligor's portion of the payment. Child support payments may not be made through the federal Office of Child Support Services (OCSS) Child Support Portal.

**Lump Sum Payments:** You may be required to notify a state or tribal CSA of upcoming lump sum payments, such as bonuses, commissions, or severance pay, to this employee/obligor. Contact the sender to determine if you are required to report and/or withhold lump sum payments. Employers/income withholders may use the OCSS Child Support Portal (ocsp.acf.hhs.gov/csp/) to provide information about employees who are eligible to receive lump sum payments and to provide contacts, addresses, and other information about their companies. Child support payments may not be made through the OCSS Child Support Portal.

**Liability:** If you have any doubts about the validity of this IWO, contact the sender. If you fail to withhold income from the employee/obligor's income as the IWO directs, you are liable for both the accumulated amount you should have withheld and any penalties set by state or tribal law/procedure. _____

_____

_____

_____

_____

**Anti-Discrimination:** You are subject to a fine determined under state or tribal law for discharging an employee/obligor from employment, refusing to employ, or taking disciplinary action against an employee/obligor because of this IWO.

_____

_____

_____

_____

**Supplemental Information:** _____
  Employee Birth Date:

_____

_____

_____

_____

_____

Employer/Income Withholder's Name: INSIGHT GLOBA Employer/Income Withholder's FEIN:

Employee/Obligor's Name: VANETTEN, GREGORY                               SSN:

Case ID                                              Order ID:

## VII. Notification of Employment Termination or Income Status: (Completed by the Employer/Income Withholder)

If this employee/obligor never worked for you or you are no longer withholding income for this employee/obligor, you must promptly notify the CSA and/or the sender by returning this form to the address listed in the **Contact Information** section below or by using the OCSS Child Support Portal (ocsp.acf.hhs.gov/csp/). Please report the new employer or income withholder, if known.

☐ This person has never worked for this employer nor received periodic income.

☐ This person no longer works for this employer nor receives periodic income.

Please provide the following information for the employee/obligor:

Termination date:                           Last known telephone number:

Last known address:

Final payment date to SDU/Tribal Payee:     Final payment amount:

New employer's or income withholder's name:

New employer's or income withholder's address:

## VIII.  Contact Information:  (Completed by the Sender)

**To Employer/Income Withholder:** If you have questions, contact  EMPLOYER SERVICES GROUP      (sender name) by

telephone:  (800) 332-2733      , by fax:                    , by email, or website:                          .

Send termination/income status notice and other correspondence to

                                                                    (sender address).

**To Employee/Obligor:** If the employee/obligor has questions, contact   CUSTOMER SERVICE BUREA  (sender name)

by telephone:  (800) 332-2733   , by fax: (617) 887-7570    , by email or website:  CSEGEN@DOR.STATE.MA.US          .

IMPORTANT:  The person completing this form is advised that the information may be shared with the employee/obligor.

**Encryption Requirements:**
When communicating this form through electronic transmission, precautions must be taken to ensure the security of the data. Child support agencies are encouraged to use the electronic applications provided by the federal Office of Child Support Services. Other electronic means, such as encrypted attachments to emails, may be used if the encryption method is compliant with Federal Information Processing Standard (FIPS) Publication 140-2 (FIPS PUB 140-2).

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**Gregory Alvin James Van Etten, Plaintiff**

v.

**Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division, Defendants**

**Case No. 4:24-cv-40113-MRG**

# EXHIBIT E

# Certified Transcript of October 23 2025 Show-Cause Hearing (K. Kelley)

Date: 10/29/2025

---

**Description:** Certified Transcript of October 23 2025 Show-Cause Hearing (K. Kelley)

*Filed in Support of:*

**EMERGENCY RULE 72(b) OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DKT 136)**

*Prepared by:*

Gregory Alvin James Van Etten- Self-Represented

c/o: 1530 P B LN #V1425, Wichita Falls, Texas [76302]

ph: 301-820-5302 - email: jim.vanetten@gmail.com

```
 1                    UNITED STATES DISTRICT COURT
                        DISTRICT OF MASSACHUSETTS
 2

 3   GREGORY J. VAN ETTEN,            )
                                      )
 4                   Plaintiff        )
                                      )   No. 4:24-cv-40113-MRG
 5   vs.                              )
                                      )
 6   STEPHANIE K. FATTMAN, et al.,    )
                                      )
 7                   Defendants.      )
                                      )
 8                                    )
                                      )
 9

10

11            BEFORE THE HONORABLE DAVID H. HENNESSY
                  UNITED STATES MAGISTRATE JUDGE
12                    Show Cause Hearing

13

14

15
                    United States Courthouse
16                       595 Main Street
                  Worcester, Massachusetts 01608
17

18                     October 23, 2025

19

20

21              Kristin M. Kelley, RPR, CRR
                   Official Court Reporter
22      John Joseph Moakley United States Courthouse
                One Courthouse Way, Room 3209
23              Boston, Massachusetts 02210
                 E-mail: kmob929@gmail.com
24
            Mechanical Steno - Computer-Aided Transcript
25
```

```
1    APPEARANCES:

2

3           Gregory J. Van Etten

4           Gregory Alvin James Van Etten

5           1530 P B LN #V1425

6           Ste 76302

7           Wichita Falls, TX 76302

8           301-820-5302

9           jim.vanetten@gmail.com

10          Pro Se.

11

12

13          Nigel Stevens

14          Massachusetts Office of the Attorney General

15          Trial Division, Government Bureau

16          1441 Main Street

17          Suite 1200

18          Springfield, MA 01103

19          413-264-6419

20          nigel.stevens@mass.gov

21          for Defendants.

22

23

24

25
```

PROCEEDINGS

1
2          THE CLERK:   Case before this Court is Van Etten vs.
3     Fattmen, et al., Case No. 24-40113.
4          Parties, please state your name for the record
02:43 5    'THE COURT:   Mr. Van Etten, you want to put your
6     appearance on the record?
7          MR. VAN ETTEN:   Good morning, your Honor.   Gregory
8     Alvin James Van Etten, pro se for the record, here to
9     respectfully respond to the Court's order to show cause why
02:43 10    I've not consented to magistrate's jurisdiction, 28 U.S.C.
11    636(c), for purposes of this proceeding.
12         THE COURT:   Mr. Stevens?
13         MR. STEVENS:   Yes.   This is Assistant Attorney General
14    Michael Stevens representing the, basically, all the
02:44 15   defendants.
16         THE COURT:   I put this matter on for a show cause
17    hearing for Mr. Van Etten to show cause as to why he should not
18    be sanctioned for his filing last week of his combined motion
19    to clarify the scope of curb order, to set a hearing on a
02:44 20   pending Rule 60(b)(4) motion, and to request ruling on
21    plaintiff's motion to strike deficient service exhibits.   And I
22    have read the plaintiff's motion.
23         Mr. Van Etten, before I hear from you, let me start
24    with this.   I doubt that this will come as a surprise, but the
02:45 25   courts are busy places.   I'm sure you would realize that your

1  case is not the only case that this Court has.  The Court is

2  actually extremely busy and it's extremely busy despite almost

3  all of its employees not getting paid because of a government

4  shutdown.  So everyone is working very hard.  They have been

02:45  5  when they were getting paid and they're working just as hard,

6  if not harder, when they're not getting paid.

7         The purpose of my order, which was part of the report

8  and recommendation that I did to the district judge, was

9  because we've received your documents, we understand the relief

02:45  10  that you want, and the Court is working to make a decision or

11  make a recommendation on whether or not the relief that you

12  want is appropriate or not.

13         I think, as I noted in that motion, you have filed an

14  enormous number of motions in a very short period of time, many

02:46  15  of them saying the same thing over and over again.  Don't take

16  this the wrong way, but I feel like I'm listening to a child:

17  I want my answer now.  I want my answer now.  I want my answer

18  now.  So that's why I put this on for a show cause hearing.  I

19  want to give you an opportunity to be heard before I impose

02:46  20  sanctions, if that's what I choose to do.

21         Why don't you go ahead.

22         MR. VAN ETTEN:  Yes, your Honor.

23         I filed this motion in good faith for proper purpose

24  under 11(b).  I just wanted to clarify the compliance to the

02:46  25  Court's prior order and obtain Rule 11s to those two pending

1   motions.  So I didn't do it to upset the Court.  I didn't do it

2   to harass the Court.  I didn't do it to try to increase the

3   time of the Court or to make more money for this litigation.  I

4   didn't try to -- I wasn't trying to just add things into the

02:47  5   Court.

6          Your Honor, the 60(b)(4)'s been on for three months,

7   the Rule 60(b)(4) motion.  I believe it's fully briefed.  And

8   then on top of that, your Honor, over four months ago, and I'm

9   glad you clarified that in your orders, it just -- this motion

02:47 10   came from, originated from a letter that I had sent to the

11   defense, and the letter was actually converted to a motion by

12   the Court, and that would be the motion to withdraw those

13   exhibits.  They were given a specific timeline to respond and

14   they did not respond in that timeline.  So, therefore, it's

02:48 15   unrebutted.

16          I feel like that's been briefed as well, and I'm

17   looking for a ruling because I feel I'm suffering irreparable

18   harm on a judgment that personal jurisdiction never attached

19   to.  That's why it's important for me to have this 60(b)(4)

02:48 20   ruling.

21          I understand the Court is extremely busy, but, your

22   Honor, I have irreparable harm going on every single day.  I

23   lost my job.  I have reputational damage because of this order

24   and because I'm fighting this order at the state court level.

02:48 25          This is a jurisdictional issue.  So I feel like this

1    is a Constitutional issue and this should get priority when it

2    comes to --

3           THE COURT:  Mr. Stevens, I'm not looking for argument

4    on timeliness.  I'm not looking for argument on the merits of a

02:49  5    60(b)(4) motion or anything else, but --

6           Do the defendants want to be heard on the show cause

7    matter?

8           MR. STEVENS:  I mean, concerning the show cause, we --

9    it's our position that the plaintiff has not complied with the

02:49  10   Court's order.  It concluded in Docket 116 that report and

11   recommendation.  We're not seeking any particular sanctions,

12   but we would agree with the Court that he's not complied with

13   that.

14          I can speak to the Docket 69 or any other matters he

02:50  15   raised but, as far as the show cause, that would be our

16   position, I believe.

17          THE COURT:  Okay.  I think imposition of sanctions are

18   appropriate in this case.  It's not something that I like

19   doing.  I'm happy that it's rare that it happens.  It's very

02:50  20   rare, but sometimes it's just appropriate.

21          Just a couple of comments.  Plaintiff's motion, it's

22   styled as combined motion.  I guess it would have been one

23   thing to seek clarification of the scope of the curb order and

24   I suppose had it been limited to that, I might feel differently

02:50  25   about this, but then the plaintiff just used his filing to go

1  on and argue the same points that he had previously made in

2  multiple filings, precisely what I was hoping to avoid, in

3  part, because of the burden this places on the Clerk's office.

4  The docketing and filing of these motions is time consuming as

02:51  5  it is and when it happens multiple times, it's just multiple

6  uses.

7      I do also -- I'd be inclined to use some football

8  language to throw a flag on the idea that this was a motion to

9  seek clarification because, as I look at Mr. Van Etten's

02:51  10  filing, it's not so much that he seeks clarification.  He makes

11  an argument.

12      He says -- well, the curb order, I'm using his term,

13  was included in a report and recommendation and since Judge

14  Guzman, the assigned district judge, has not ruled on the

02:52  15  report and recommendation, now I'm quoting from his motion,

16  therefore, the language purporting to "order" plaintiff to

17  cease filings is nonbinding and advisory until and unless

18  adopted by the Article III judge.

19      That is an argument.  That is not seeking

02:52  20  clarification.  So I'm going to impose sanctions.

21      Mr. Van Etten, I am suspending your e-filing

22  privileges until further notice from the Court.  You will need

23  to file documents with the Court in person or by other

24  appropriate means and you will need to serve the defendants

02:52  25  when you do that.  The suspension is until further notice of

1    the Court.

2        I do want you to understand.  If there's a further

3    violation of any of my orders, we're going to have another

4    hearing and there may be further sanctions and they could be --

02:53 5    they could go up to my recommending to Judge Guzman that this

6    matter be dismissed with prejudice, meaning the matter would be

7    over.  So I want you to appreciate the fact that I'm not going

8    to tolerate somebody just disobeying the Court's orders because

9    life just isn't happening the way he wants it to happen.

02:53 10        All right.  If there's nothing else --

11        MR. VAN ETTEN:  Your Honor?

12        THE COURT:  Yes.

13        MR. VAN ETTEN:  I just want to object and preserve my

14    rights for review by the district judge under 28 U.S.C. 636(b).

02:53 15        And, your Honor --

16        THE COURT:  Mr. Van Etten, I'm not taking an argument.

17    Your rights are preserved.

18        Okay.  We're in recess.  Thank you.

19        (Adjourned.)

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3

4    UNITED STATES DISTRICT COURT )

5    DISTRICT OF MASSACHUSETTS    )

6

7

8           I, Kristin M. Kelley, certify that the foregoing

9    transcript is a true and correct transcript of the

10   audio-recorded proceedings held in the above-entitled matter to

11   the best of my skill and ability.

12

13

14       /s/ Kristin M. Kelley              October 29, 2025

15       Kristin M. Kelley, RPR, CRR           Date
         Official Court Reporter
16

17

18

19

20

21

22

23

24

25

# CHAMBERS COPY – HON. MARGARET R. GUZMAN
## ARTICLE III REVIEW REQUESTED

United States District Court

District of Massachusetts – Worcester Division

595 Main Street

Worcester, MA 01608

*For internal courthouse delivery only – no postage required.*
*Please hand-deliver directly to Judge Guzman's chambers.*

**Contents:**

– Emergency Rule 72(b) Objection to Magistrate Judge's Report and Recommendation (Dkt 136)
– Exhibits A–E (Certified Probate Records and Hearing Transcript)