# Gregory Alvin James Van Etten

c/o 1530 P B Ln #V1425
Wichita Falls, Texas [76302]
Phone: +1 (301)820-5302
Email: jim.vanetten@gmail.com

**Clerk of Court**
United States District Court
for the District of Massachusetts
595 Main Street, Room 502
Worcester, MA 01608

October 30, 2025

*Via FedEx Priority Overnight (Direct Signature Required)*

**Re: Van Etten v. Fattman et al., No. 4:24-cv-40113-MRG**
**Emergency Rule 72(b) Objection to Magistrate Judge's Report and Recommendation (Dkt 136)**

Dear Clerk of Court:

Pursuant to **Fed. R. Civ. P. 72(b)(2) and (3), 28 U.S.C. § 636(b)(1)(C)**, and **D. Mass. L.R. 5.1(b)**, enclosed please find Plaintiff's signed **Emergency Rule 72(b) Objection to the Magistrate Judge's Report and Recommendation (Dkt 136)**, with supporting **Exhibits A–E** for filing on the docket.

This filing is directed to the **Hon. Margaret R. Guzman**, the assigned Article III District Judge, for **de novo review** as required by § 636(b)(1)(C) and Rule 72(b)(3). Plaintiff **has not consented** to magistrate jurisdiction under § 636(c).

In accordance with **Fed. R. Civ. P. 5(d)(4)** and **D. Mass. L.R. 5.4**, the Clerk "**must not refuse to file a paper solely because it is not presented in proper form.**" Plaintiff respectfully requests that this submission be **date-stamped upon receipt, docketed immediately, and transmitted without delay to Judge Guzman's chambers for Article III review**.

Pursuant to **28 U.S.C. § 1657(a)**, cases raising constitutional issues and requests for injunctive relief are entitled to **priority and expedited consideration**. This

filing also serves to maintain an accurate record of Plaintiff's continuing diligence so that the matter is not permitted to lapse through administrative delay or procedural dormancy.

A second sealed envelope is enclosed, clearly labeled:

> "CHAMBERS COPY – HON. MARGARET R. GUZMAN (ARTICLE III REVIEW REQUESTED)"

Please hand-deliver this envelope directly to Judge Guzman's chambers for her review pursuant to § 636(b)(1)(C).

This package is sent via **FedEx Priority Overnight (Direct Signature Required)** to ensure secure, verifiable delivery.

If any question arises regarding routing or procedure, please refer the matter to Judge Guzman's chambers for clarification rather than delay docketing. A courtesy copy has also been served by first-class mail and email on Assistant Attorney General Nigel Stevens, Government Bureau/Trial Division, 1441 Main Street, 12th Floor, Springfield, MA 01103 (nigel.stevens@mass.gov).

Thank you for your prompt attention and for ensuring that this Rule 72(b) Objection and its certified exhibits are routed for Article III review as required by law.

Respectfully submitted,

*Gregory Alvin James Van Etten*
Gregory Alvin James Van Etten
Plaintiff, Self-Represented

**Enclosures:**

1. Emergency Rule 72(b) Objection with Exhibits A–E (Original for Filing)
2. Sealed Envelope – Chambers Copy for Hon. Margaret R. Guzman