# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Gregory Alvin James Van Etten,<br><br>                              *Plaintiff,*<br>v.<br><br>Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division,<br><br>                            *Defendants.* | Case No. 4:24-cv-40113-MRG |

## [PROPOSED] ORDER WITHDRAWING REFERENCE AND SCHEDULING SEVEN-DAY DE NOVO RULING OR HEARING

For good cause shown under Fed. R. Civ. P. 6(b)(1)(A) and D. Mass. L.R. 5.4, the October 23, 2025 Order (ECF 134) restricting Plaintiff's CM/ECF filing privileges is **VACATED**.

Plaintiff's electronic-filing access is **RESTORED** for all filings related to jurisdictional or emergency matters, including Dkts. 69 and 79. The Clerk shall immediately reinstate Plaintiff's CM/ECF privileges and electronic notice.

SO ORDERED.

Dated: _____, 2025

_____
**Hon. Margaret R. Guzman**
United States District Judge