# Gregory Alvin James Van Etten

c/o 1530 P B Ln #V1425
Wichita Falls, Texas [76302]
Phone: +1 (301)820-5302
Email: jim.vanetten@gmail.com

**Clerk of Court**
United States District Court
for the District of Massachusetts
595 Main Street, Room 502
Worcester, MA 01608

November 5, 2025

<u>By Certified Mail:</u> 9589 0710 5270 3102 5741 17

**Re: Van Etten v. Fattman et al., Civil Action No. 4:24-cv-40113-MRG**
**Transmittal of Emergency Motions for Chambers Review**

Dear Clerk of Court:

Enclosed please find the following original filings for docketing in the above-captioned matter and for **forwarding to the Honorable Margaret R. Guzman's chambers for review**:

1. *Emergency Motion to Withdraw Reference and for Immediate De Novo Ruling on Plaintiff's Rule 60(b)(4) Motion (ECF 79) Within Seven Days*, together with its [Proposed] Order.

2. *Emergency Motion to Vacate October 23, 2025 Order (ECF 134) and Restore Plaintiff's CM/ECF Filing Privileges for Jurisdictional Motions Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and D. Mass. L.R. 5.4*, together with its [Proposed] Order.

Because Plaintiff's CM/ECF privileges remain suspended, these materials are submitted in paper form by **Certified Mail (USPS Tracking No. 9589 0710 5270 3102 5741 17)**. Please docket each motion separately and confirm that both are transmitted to Judge Guzman's chambers for consideration.

Thank you for your assistance. Please do not hesitate to contact me if any additional copies or information are required.

                Respectfully submitted,

                */s/ Gregory Alvin James Van Etten*
                Gregory Alvin James Van Etten
                Plaintiff, Self-Represented

**Enclosures (2 motions + 2 proposed orders)**