UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Gregory Alvin James Van Etten,<br><br>                              *Plaintiff,*<br>    v.<br><br>Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M Wrenn, Serge Georges Jr., Michael S. Denham, Worcester Probate and Family Court, Child Support Services Division,<br><br>                              *Defendants.* | Case No. 4:24-cv-40113-MRG |

# [PROPOSED] ORDER WITHDRAWING REFERENCE AND SCHEDULING SEVEN-DAY DE NOVO RULING OR HEARING

For good cause shown under Fed. R. Civ. P. 6(b)(1)(A) and 28 U.S.C. § 1657(a), Plaintiff's Emergency Motion to Withdraw Reference and for Immediate De Novo Ruling on Rule 60(b)(4) (ECF 79) is GRANTED as follows:

1. The reference of Plaintiff's Rule 60(b)(4) motion (ECF 79) and Motion to Withdraw and Strike Deficient Service Exhibits (ECF 69) to the magistrate judge is **WITHDRAWN** pursuant to 28 U.S.C. § 636(b)(1).

2. The Court shall issue a **de novo ruling within seven (7)** days of this Order or conduct a hearing within that period.

1

3. No further action on other reports or recommendations shall proceed until ECF 79 is resolved.

4. The Clerk shall promptly transmit this Order to chambers.

SO ORDERED.

Dated: _____, 2025

_____
**Hon. Margaret R. Guzman**
United States District Judge