UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY ALVIN JAMES VAN ETTEN,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHANIE K. FATTMAN, ASHLEY STEWART, MEGAN L. BROWN, ANGELINA CONSOLMAGNO, MICHELE CRISTELO, JENNIFER MELIA, DANIEL M. WRENN, SERGE GEORGES, JR., MICHAEL S. DENHAM, WORCESTER PROBATE AND FAMILY COURT, and CHILD SUPPORT SERVICES DIVISION,<br><br>    Defendants. | C.A. No. 4:24-cv-40113-DHH |

## NOTICE OF APPEARANCE

Please enter the appearance of Alexander Weiss as the attorney for Defendants Worcester Probate and Family Court, Child Support Services Division, and all other Defendants in both their individual and official capacities: Stephanie K. Fattman, Ashley Stewart, Megan Brown, Angelina Consolmagno, Michele Cristello, Jennifer Melia, Daniel M. Wrenn, Serge Georges, Jr., and Michael S. Denham.

                                                      Respectfully submitted,

                                                      STEPHANIE K. FATTMAN, ASHLEY STEWART, MEGAN L. BROWN, ANGELINA CONSOLMAGNO, MICHELE CRISTELO, JENNIFER MELIA, DANIEL M. WRENN, SERGE GEORGES, JR., MICHAEL S. DENHAM, WORCESTER PROBATE AND FAMILY COURT, and CHILD SUPPORT SERVICES DIVISION

                                                      By and through their Attorneys,

                                                      ANDREA JOY CAMPBELL

                        ATTORNEY GENERAL

                        <u>*/s/ Alexander Weiss*</u>
                        Alexander Weiss, BBO# 711929
                        Assistant Attorney General
                        Government Bureau/Trial Division
                        One Ashburton Place
                        Boston, MA  02108
                        (617) 963-2934
                        Alexander.Weiss@mass.gov

Dated: January 16, 2026

## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on this day, January 16, 2026, this document has been filed through the CM/ECF system, so as to result in service upon all participants registered as ECF users by transmission of a Notice of Electronic Filing (NEF).

*/s/ Alexander Weiss*
Alexander Weiss
Assistant Attorney General
