# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

Gregory Alvin James Van Etten,

*Plaintiff,*

v.

Stephanie K. Fattman, et al.,

*Defendants.*

Case No. 4:24-cv-40113-MRG

FILED IN CLERKS OFFICE

JAN 23 '26 PM 3:47 USDC MA

## NOTICE OF SUPPLEMENTAL AUTHORITY AND EVIDENCE

## REGARDING INSTITUTIONAL INCOME WITHHOLDING ENFORCEMENT PRACTICES

Gregory Alvin James Van Etten
c/o: 1530 P B LN #V1425
Wichita Falls, Texas [76302]
ph: 301-820-5302
email: jim.vanetten@gmail.com
Plaintiff, Self Represented

Plaintiff respectfully submits this Notice to inform the Court of supplemental authority and evidence obtained through public records requests and agency records that bear directly on the threshold issues of jurisdiction, due process, and lawful authority underlying the institutional income-withholding enforcement practices at issue in this case.

This Notice is submitted for the Court's awareness only. Plaintiff does not seek adjudication of any issue, expansion of claims, or additional relief through this filing.

The supplemental materials submitted with this Notice consist of the following exhibits:

- **Exhibit A – Enforcement Policy Documents**: Policies produced pursuant to public records requests describing institutional administrative income-withholding enforcement practices.

- **Exhibit B – Income Withholding Order**: The income withholding order issued against Plaintiff, which does not identify any judicial order or order number on its face.

- **Exhibit C – Agency Activity Logs (System-Initiated Enforcement)**: Records reflecting system-initiated and programmatic enforcement actions, including federal administrative offsets.

- **Exhibit D – Agency Activity Logs (Employer Communications)**: Records documenting direct communications between the Child Support Enforcement agency and Plaintiff's employer regarding compliance with the income-withholding order.

- **Exhibit E – Correspondence Requesting Judicial Authority**: Correspondence in which Plaintiff requested identification of the specific judicial judgment or order authorizing withholding and no such judgment or order was identified.

Taken together, these materials provide factual context regarding the institutional manner in which income-withholding enforcement was initiated, directed, and continued, including after notice and inquiry concerning the existence of judicial authority. Plaintiff submits these materials solely to supplement the record on issues already before the Court.

This Notice is filed without waiver of any jurisdictional objections or constitutional arguments previously raised, all of which are expressly preserved. **Nothing in this Notice shall be construed as consent to jurisdiction, waiver of any service defects, or concession as to the validity or enforceability of any underlying state-court orders.**

Respectfully submitted,

*/s/ Gregory Alvin James Van Etten*
Gregory Alvin James Van Etten
Plaintiff, Self-Represented

**Certificate of Service**

Because Plaintiff's CM/ECF filing privileges are suspended, the foregoing **NOTICE OF SUPPLEMENTAL AUTHORITY AND EVIDENCE** was served and submitted as follows:

1. **Clerk of Court (for filing and docketing):** Served by Certified Mail (USPS Tracking No. 9589 0710 5270 3102 5742 16) addressed to:

    Clerk of Court
    United States District Court
    for the District of Massachusetts
    595 Main Street, Room 502
    Worcester, MA 01608

2. **Counsel of Record for Defendants:** Served by electronic mail on Tuesday 20th January, 2026 to:

    - **Nigel Stevens, Assistant Attorney General**
      nigel.stevens@mass.gov

3

- **Alexander Weiss, Assistant Attorney General**

    alexander.weiss@mass.gov

- **Office of the Attorney General (Administrative Law Filings)**

    AdLawEFilings@mass.gov

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*[signature: Gregory Alvin James Van Etten]*

Gregory Alvin James Van Etten
Plaintiff, Self-Represented