**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |  |
|---|---|---|---|
| GREGORY J. VANETTEN, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | CIVIL ACTION | |
| | ) | NO. 4:24-40113-MRG | |
| STEPHANIE K. FATTMAN, ET AL, | ) | | |
| | ) | | |
| Defendants. | ) | | |
| | ) | | |

**ORDER OF DISMISSAL**

**GUZMAN, D.J.**

In accordance with the Court's Memorandum and Order dated March 6, 2026, [ECF 149] ADOPTING the Magistrate Judge's Report and Recommendations and GRANTING Defendants' Motion to Dismiss, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

March 6, 2026                    /s/Suzanne Frisch
Date                                     Deputy Clerk